# EXHIBIT A

# EXHIBIT 1

| A D M I N I S T R A T I O N | OBTS Number | | ARREST / NOTICE TO APPEAR | | 1. Arrest 3. Request for Warrant 2. N.T.A. 4. Request for Capias | 3 | JUVENILE ✓ |
|---|---|---|---|---|---|---|---|
| | Agency ORI Number 0500800 | Agency Name **West Palm Beach Police Department** | | | Agency Report Number (N.T.A.'s only) 9 4 2018-0013148 | | |
| | Charge Type: Check as many as apply. | ☒ 1. Felony ☐ 2. Traffic Felony | ☐ 3. Misdemeanor ☐ 4. Traffic Misdemeanor | ☐ 5. Ordinance ☐ 6. Other | If Weapon Seized Enter Type | | Multiple Clearance Indicator N |
| | Location of Arrest (Including Name of Business) | | | | Location of Offense (Business Name, Address) **1001 OKEECHOBEE BLVD 102, WEST PALM BEACH, FL 33401** | | |
| | Date of Arrest 1/28/19 | Time of Arrest | Booking Date | Booking Time | Jail Date | Jail Time | Location of Vehicle |

| D E F E N D A N T | Name (Last, First, Middle) **NAPLETON, EDWARD W** | Alias: | | | | Alias (Name, DOB, Soc. Sec. #, Etc.) | |
|---|---|---|---|---|---|---|---|
| | Race W-White I-American Indian B-Black O-Oriental/Asian W | Sex M | Date of Birth | Height 6'04 | Weight 180 | Eye Color BRN | Hair Color GRAY OR | Complexion FAIR | Build |
| | Scars, Marks, Tatoos, Unique Physical Features (Location, Type, Description) | | | Marital Status M | Religion | Indication of: Alcohol Influence ☐Yes ☐No ☐Unk. Drug Influence ☐ ☒ ☐ |
| | Local Address (Street, Apt. Number) (City) (State) (Zip) | | | | | Phone | Residence Type: 1. City 3. Florida 2. County 4. Out of State |
| | Permanent Address (Street, Apt. Number) (City) (State) (Zip) | | | | | Phone | Address Source ATTORNEY |
| | Business Address (Name, Street) **NAPLETON AUTOMOTIVE GROUP** (City) (State) (Zip) | | | | | Phone | Occupation Owner |
| | D/L Number, State | Soc. Sec. Number | INS Number | | Place of Birth (City, State) | | Citizenship |

| C O D E F | Co-Defendant Name (Last, First, Middle) | | | Race | Sex | Date of Birth | ☐1. Arrested ☐3. Felony ☐5. Juvenile ☐2. At Large ☐4. Misdemeanor |
| Co-Defendant Name (Last, First, Middle) | | | Race | Sex | Date of Birth | ☐1. Arrested ☐3. Felony ☐5. Juvenile ☐2. At Large ☐4. Misdemeanor |

| J U V E N I L E | ☐ Parent ☐ Other: _____ ☐ Legal Custodian | Name (Last, First, Middle) | | | | | Residence Phone |
| Address (Street, Apt. Number) (City) (State) (Zip) | | | | | | Business Phone |
| Notified by: (Name) | | Date | Time | JUVENILE DISPOSITION 1. Handled/Processed within Department and Released | 2. TOT JAC 3. Incarcerated |
| Released To: (Name) Relationship | | Date | Time | | |
| The above address was provided by ☐ defendant and/or ☐ defendant's parents. The child and/or parent was told to keep the Juvenile Court Clerk's Office (Phone 355-2526) informed of any change of address. ☐Yes, by: ☐No | | | School Attended | | | Grade |
| | | Property Crime? ☐Yes ☒No | Description of Property 1000000000000000 | | Value of Property |

| C O D E | Drug Activity N. N/A B. Buy D. Deliver K. Dispense/ M. Manufacture/ Z. Other P. Possess T. Traffic E. Use S. Sell R. Smuggle Distribute Produce/ Cultivate | Drug Type N N/A B. Barbiturate H. Hallucinogen P. Paraphernalia U. Unknown A. Amphetamine C. Cocaine M. Marijuana Equipment Z. Other E. Heroin O. Opium/Deriv. S. Synthetic |

| C H A R G E | Charge Description **SEXUAL BATTERY ON A HELPLESS PERSON** | | | | | Statute Violation Number **794.011 (4)(h)** | Violation of ORD # |
| Drug Activity N | Drug Type | Amount / Unit | Offense # | Counts 1 | Domestic Violence ☐Y ☒N | Warrant / Capias Number | Bond |
| Charge Description | | | | | | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Counts | Domestic Violence ☐Y ☐N | Warrant / Capias Number | Bond |
| Charge Description | | | | | | Statute Violation Number | Violation of ORD # |
| Drug Activity | Drug Type | Amount / Unit | Offense # | Counts | Domestic Violence ☐Y ☐N | Warrant / Capias Number | Bond |

| I N T A K E | Health / Apparent Physical Condition of Defendant | | | Any knowledge of the following: Explain. ☐Mental ☐Escape Risk ☐Medication ☐Deformities ☐Injuries |
| Check which applies: ☐Released O.R. ☐Released to Parent/Guardian ☐T.O.T. County Jail ☐Posted Bond ☐South County Mental Health | PROPERTY - Received By | Released By | Released To |
| Transported By | Date Transported | Time Transported | Other |

| N O T I C E T O A P P E A R | ☒ INSTRUCTION NO. 1 - Mandatory appearance in court ☐ INSTRUCTION NO. 2 - You need not appear in Court but must comply with instructions on Page 2. | Location (Court, Room) | No Photo Available |
| | Court Date and Time | |
| I AGREE TO APPEAR AT THE TIME AND PLACE DESIGNATED TO ANSWER THE OFFENSE CHARGED OR TO PAY THE FINE SUBSCRIBED. I UNDERSTAND THAT SHOULD I WILLFULLY FAIL TO APPEAR BEFORE THE COURT AS REQUIRED BY THIS NOTICE TO APPEAR, THAT I MAY BE HELD IN COMTEMPT OF COURT AND A WARRANT FOR MY ARREST SHALL BE ISSUED. | | |
| Signature of Defendant (or Juvenile and Parent/Custodian) | Date Signed | |

| A D M I N | HOLD for Other Agency | Signature of Arresting Officer | Name Verification (Printed by Arrestee) |
| ☐Dangerous ☐Resisted Arrest ☐Suicidal ☐Other | Name of Arresting Officer (Print) **ANDERSON, MOLLY** I.D. # 01902 | (PRINT) |
| Intake Deputy I.D. # | Pouch # | Transporting Officer I.D. # Agency | Witness here if subject signed with an "X". | PAGE 1 OF 1 |

☐ COURT ☐ STATE ATTORNEY ☐ AGENCY ☐ CENTRAL RECORDS ☐ JAIL ☐ CRIME ANALYSIS ☐ P.I.O. ☐ DEFENDANT




# City of West Palm Beach
# Police Department
## PROBABLE CAUSE AFFIDAVIT

OBTS #                                  CASE # 2018-0013148
FL0500800
DEFENDANT: Edward W. Napleton Jr.   Race: W   Sex: M   DOB: ▮▮▮▮▮
VICTIM: ▮▮▮▮▮
Local Address: ▮▮▮▮▮

On August 8, 2018, the crime of a Sexual Battery on a Helpless Person occurred at 1001 Okeechobee Blvd., ▮▮▮▮ West Palm Beach, Palm Beach County, Florida (Marriot Hotel).

During a sworn statement, the victim, ▮▮▮▮▮ advised she was in West Palm Beach for a work related function. She had a couple of glasses of wine at a local restaurant and then woke up naked in a bed in a hotel room. The victim does not recall what occurred in-between. She was adamant she would not have let anyone in the room and that she would not consent to having sexual intercourse with anyone except for her boyfriend. A Sexual Assault Kit and a Toxicology Kit were collected.

Marriott Hotel video surveillance revealed the victim and two males, identified by the victim as ▮▮▮▮▮ (DEFENDANT), walked to room #102 at approximately 0008 hours on August 8, 2018. The victim then fell to the ground and appeared to be unconscious. ▮▮▮▮ grabbed the victim by her feet and dragged her into the room. Both males entered the room and were in the room for approximately 30 seconds before leaving. Shortly after the males left, the victim exited the room and fell in the hallway unconscious. Hotel staff found her unconscious and put her in a wheel chair due to immobility. The victim was unresponsive to hotel staff. ▮▮▮▮ recognized the victim and gave the correct room number. At approximately 0031 hours, hotel staff returned the victim to her room. The victim still appeared to be in an unconscious state.

At 0121 hours, video surveillance revealed hotel staff providing ▮▮▮▮ with a room key ▮▮▮▮ which he immediately gave to the DEFENDANT. At 0132 hours, both males left the lobby and walked to room ▮▮. They stood outside the room #102 briefly and then the DEFENDANT entered the room. He remained in the room until 0733 hours.

Your Affiant attempted to speak with the DEFENDANT but was told he was unavailable. Your Affiant attempted several more times over the course of the investigation but the DEFENDANT refused to provide a statement.

Per the Palm Beach County Sheriff's Office (PBSO) Toxicology Unit

SWORN AND SUBSCRIBED before me

OFFICER (F.S.S. 117.10)
Detective B. Tatum #1900
January 29, 2019

SIGNATURE OF ARRESTING OFC
Detective M. Anderson #1902
January 29, 2019

1




# City of West Palm Beach
# Police Department
## PROBABLE CAUSE AFFIDAVIT

OBTS #            CASE # 2018-0013148
FL0500800

DEFENDANT: Edward W. Napleton Jr.   Race: W   Sex: M   DOB: ▮
VICTIM: ▮
Local Address: ▮

report, the victim had 0.077 grams of ethanol per 100 milliliters of blood in her system. It should be noted, the blood sample was taken at 1355 hours on August 8, 2018, approximately fourteen (14) hours after the victim last consumed alcohol.

    Per the PBSO Forensic Biology Unit (FBU) report, possible male DNA was indicated on the vaginal vault, vaginal vestibule, mons pubis, anal/peri anal, neck and breast/nipple swabs. After receiving the report, the DEFENDANT's DNA standard was obtained and submitted for comparison.

    Per a subsequent FBU report, there were two contributors to the vaginal vault swabs' sperm fraction: Contributor 1 (Victim) was 39% and Contributor 2 (DEFENDANT) was 61%. The DNA profile obtained is approximately $1.68\text{E}28$ times more likely if it originated from the victim and the DEFENDANT than if the DNA profile obtained originated from the victim and an unknown individual in the population. Two contributors came back for the anal/peri anal swabs. Contributor 1 (Victim) was 23% and Contributor 2 (DEFENDANT) was 77%. The DNA profile obtained is approximately $2.98\text{E}28$ times more likely if it originated from the victim and the DEFENDANT than if the DNA profile obtained originated from the victim and an unknown individual in the population.

    Based on the above, probable cause exists to charge the DEFENDANT, Edward W. Napleton Jr., with one count of Sexual Battery on a Helpless Person per F.S.S. 794.011(4)(b).

SWORN AND SUBSCRIBED before me

OFFICER (F.S.S. 117.10)
Detective B. Tatum #1900
January 29, 2019

SIGNATURE OF ARRESTING OFC
Detective M. Anderson #1902
January 29, 2019

2