# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

HYUNDAI MOTOR AMERICA
CORPORATION, a foreign corporation

       Plaintiff,

v.

NORTH AMERICAN AUTOMOTIVE
SERVICES, INC., an Illinois Corporation, EFN
WEST PALM MOTOR SALES, LLC, an
Illinois Limited Liability Company; GENE
KHAYTIN, a North Carolina Resident; ERNIE
REVUELTA, a Florida Resident; EDWARD
NAPLETON, JR., an Illinois Resident,

       Defendants.

Case No. 9:20-cv-82102-DMM

## DECLARATION OF EDWARD F. NAPLETON

       Edward F. Napleton hereby declares under penalty of perjury:

1. I have personal knowledge of the facts contained in this declaration.

2. I am the President and Chief Executive Officer of Napleton Automotive Group "NAG".

3. NAG is a privately-owned conglomerate that operates 74 motor vehicle franchises and employs over 3,000 people at 46 locations in seven states.

4. In my role as CEO of NAG, I am responsible for NAG's operations and performance on a national scale.

5. I have no first-hand, personal, non-repetitive knowledge of any alleged warranty fraud scheme occurring at the West Palm Hyundai store or any other store for that matter.

6. My only knowledge as to any facts underlying this matter, if any, comes from information reported to me primarily by NAG employees or officers in connection with my role as CEO of NAG.

7. In summary, I have no first-hand, personal, non-repetitive knowledge of the facts underlying this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2021.

_____
Edward F. Napleton
CEO Napleton Automotive Group