# EXHIBIT D

# Exhibit I

```
1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
2

3    NORTH PALM MOTORS, LLC         )
     d/b/a NAPLETON'S CAR RENTAL    )
4    CENTER,                        )
                                    )
5                  Plaintiff,       ) No.
                                    )
6           -vs-                    ) 9:19-cv-80872-RLR
                                    )
7    GENERAL MOTORS, LLC,           )
                                    )
8                  Defendant.       )

9

10         Deposition of ED NAPLETON, JR., taken before

11   NANCY DECOLA EATINGER, C.S.R., pursuant to the Rules

12   of the United States Court for the Southern District

13   of Florida pertaining to the taking of depositions,

14   at Suite 1200, 353 North Clark Street, Chicago,

15   Illinois, commencing at 9:07 o'clock a.m., taken on

16   February 17, 2020.

17

18

19

20

21

22

23

24

25
```

Case 9:21-cv-80872-RLR Document 146-4 Entered on FLSD Docket 11/30/2022 Page 3 of 7
Case 1:21-cv-02872-RLR Document 146-4 Filed 02/12/25 Page 4 of 8 PageID #:216

Ed Napleton, Jr.  02/17/2020                                         Page 2
NORTH PALM MOTORS v. GENERAL MOTORS

```
 1        There were present at the taking of this

 2   deposition the following counsel:

 3

         ARENT FOX, LLP
 4       MR. RUSSELL P. McRORY,
         1301 Avenue of Americas
 5       Floor 42
         New York, New York  10019
 6       (212) 484-3900
         russell.mcrory@arentfox.com
 7
             and
 8
         NAPLETON AUTOMOTIVE GROUP
 9       By MR. LES STRACHER, GENERAL COUNSEL
         One Oakbrook Terrace
10       Suite 600
         Oakbrook Terrace, Illinois  60181
11       (630) 530-3955
         les@napleton.com
12
             appeared on behalf of the Plaintiff;
13
         NELSON MULLINS
14       By MR. MARK T. CLOUATRE,
         1400 Wewatta Street
15       Suite 500
         Denver, Colorado  80202
16       (303) 583-9909
         mark.clouatre@nelsonmullins.com
17
             appeared on behalf of the Defendant.
18

19

20

21

22

23

24

25
```

Case 9:18-cv-80372-RLR Document 146-18 Entered on FLSD Docket 11/30/2021 Page 4 of 7
Case 1:21-cv-80872-RLR Document 146-18 Entered 02/12/25 Page 5 of 12 PageID #216

Ed Napleton, Jr.  02/17/2020                                    Page 11
NORTH PALM MOTORS v. GENERAL MOTORS

```
 1      A    Unhappiness with the performance of a large
 2   portion of our group.
 3      Q    And when you say unhappiness with the
 4   performance, what was the organization unhappy with?
 5      A    Sales and profit.
 6      Q    As of July, 2015, what -- or how many
 7   dealerships did the Napleton Auto Group have in
 8   Florida?
 9      A    14 was what I was in charge of.
10      Q    And were -- well, did that also include the
11   Napleton Rental Car Agency?
12      A    Correct.
13      Q    So you counted that as 1 of the 14?
14      A    I don't know if that was 1 of the 14 or not.
15   I can't remember.
16      Q    Was --
17      A    It was either 13 or 14 car dealerships plus 1
18   rental company.
19      Q    And were you sent there -- down there to
20   oversee all of the Florida dealerships or just those
21   that were performing poorly?
22      A    All of them.
23      Q    And specifically what was your, what was your
24   direction to do with respect to those dealerships?
25      A    Inspect them.  You know, me and my dad, my
```

Case 9:18-cv-80372-RLR Document 146-18 Filed 02/12/25 Page 6 of 8 PageID #:14
Case 1:23-cv-03472-VMC Document 46-4 Filed 02/11/25 Page 6 of 7 PageID #:24

Ed Napleton, Jr.   02/17/2020                                    Page 20
NORTH PALM MOTORS v. GENERAL MOTORS

```
 1      A    Well, my office was at a building on Flagler
 2  Street, so even though a lot of the stores were in
 3  Orlando and Georgia and Pennsylvania, I felt like I
 4  was equally distributing my time in an office, so the
 5  fact that certain stores were closer geographically
 6  didn't mean necessarily that I spent more time there.
 7      Q    And did it mean that you spent more time in
 8  general dealing with the Florida stores versus the
 9  Georgia and the --
10      A    The Florida stores are a little bigger, so I
11  spent more time on those.
12      Q    And would you include the Palm Beach rental
13  store in that group in terms of spending the time in
14  the Florida stores?
15      A    My expertise was in the automobile business
16  sales rather than rental cars, so I kind of was
17  initially attracted to trying to use my expertise and
18  go more towards the automobile dealerships than the
19  rental cars.
20      Q    Was there a point in time that you became
21  more involved in the rental store?
22      A    Yes.
23      Q    And when did that occur?
24      A    Towards the end of 2015.
25      Q    And what prompted your greater involvement?
```

Case 9:18-cv-80372-RLR Document 146-18 Entered on FLSD Docket 12/10/21 Page 6 of 7  Case 1:23-cv-02872-RJL-ZMF Document 14-3 Filed 02/12/25 Page 7 of 21 #:215

Ed Napleton, Jr.   02/17/2020                                    Page 21
NORTH PALM MOTORS v. GENERAL MOTORS

```
 1     A    Chaos.
 2     Q    What kind?
 3     A    Not ordering vehicles, our cars that were
 4  supposed to be returned not being returned.
 5     Q    Anything else?
 6     A    Difficulty communicating with Mr. Boyce.
 7     Q    Anything else that prompted your greater
 8  involvement in the rental store at the end of 2015?
 9     A    Financial reasons.
10     Q    Anything else?
11     A    No.
12     Q    Let's kind of break those down.  The first
13  one you said that prompted your involvement or
14  greater involvement was not ordering vehicles.
15          Who was not ordering vehicles?
16     A    Well, that's the million-dollar question.
17  Rick Boyce.
18     Q    We'll get into some of the correspondence,
19  but was there -- was the concern that there just were
20  no orders on the books?
21     MR. McRORY:  Objection as to form.
22          You can answer.
23     THE WITNESS:  Can you repeat that one more time?
24     MR. CLOUATRE:  Q   Sure.  Was the concern that
25  there were just no orders for the rental agency?
```

Case 9:18-cv-80872-RLR Document 146-8 Entered on FLSD Docket 12/18/2021 Page 7 of 7
Case 1:21-cv-02872-RDM Document 14-18 Filed 02/11/25 Page 8 of 21 PageID #:216

Ed Napleton, Jr. 02/17/2020                                                Page 22
NORTH PALM MOTORS v. GENERAL MOTORS

```
 1      A    Are you --
 2      Q    And you know what, let me scratch that.
 3  We'll come back to it.  We'll look at some documents
 4  in a few minutes.
 5           You also mentioned that the cars were not
 6  being returned.
 7           By that do you mean that they weren't sent
 8  back to an OEM for repurchase?
 9      A    Correct.
10      Q    And again, was that Mr. Boyce's doing?
11      A    Yes, it was his responsibility.
12      Q    And then you also said difficulty
13  communicating with Rick Boyce.
14           I assume that means you couldn't get a hold
15  of him either by voice or in person or by e-mail?
16      A    Correct.
17      Q    And then what financial reasons prompted your
18  involvement or greater involvement?
19      A    Poor performance.
20      Q    Can you describe for me what the poor
21  financial problems performance was?  Was it --
22      A    Sales go down, expenses go up, loss goes up.
23      Q    And so you were seeing a decline in the sales
24  and an increase in expenses?
25      A    Yes.
```