# EXHIBIT F

# EXHIBIT 39

# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

This is an Agreement between HYUNDAI MOTOR AMERICA (HMA), a California corporation, and **EFN West Palm Motor Sales, LLC** (DEALER), a(n) ☐ individual, ☐ partnership, ☒ limited liability company, ☐ corporation, duly incorporated in the state of **Illinois**, and doing business as **Napleton's Hyundai**.

## INTRODUCTION

HMA sells Hyundai Products which are manufactured or approved by Hyundai Motor Company (FACTORY). HMA has established a network of authorized Hyundai Dealers, operating at approved locations and according to Hyundai standards, to sell and service Hyundai Products. HMA has selected its Dealers based on their experience and commitment that they will sell and service Hyundai Products in a manner which promotes and maintains Customer confidence and satisfaction, and increases product acceptance and awareness.

DEALER represents that its Owner(s) and General Manager identified herein have the skill, experience, capital and facilities to ensure that DEALER operates a first-class dealership. HMA enters into this Agreement upon DEALER's assurances of the continued personal services of said Owner(s) and General Manager. The purpose of this Agreement is to memorialize such assurances, to appoint DEALER as an authorized Hyundai Dealer, to provide for the effective representation of Hyundai Products and to set forth the rights and obligations of HMA and DEALER hereunder.

Accordingly, the parties agree as follows:

1. **APPOINTMENT OF DEALER**

   Subject to the terms of this Agreement, HMA hereby grants DEALER the non-exclusive right:

   To buy the Hyundai Products identified in the Hyundai Product Addendum attached hereto which HMA, in its sole discretion, may revise from time to time; and

   To identify itself as an authorized Hyundai Dealer using Hyundai Marks in the promotion, sale and servicing of Hyundai Products and at the location(s) approved herein.

   DEALER accepts its appointment as an authorized Hyundai Dealer and agrees to:

   Conduct its business in a manner which will engender Customer confidence and satisfaction and reflect positively upon HMA;

   Effectively promote and sell Hyundai Products;

   Professionally service Hyundai Products; and

   Establish and maintain satisfactory dealership facilities at the location(s) approved by HMA.

1.

## 2. TERM OF THIS AGREEMENT

This Agreement shall have a term commencing on the effective on the date hereof and continuing until terminated by either party in accordance with Section 16 of the Standard Provisions.

The effective date of this Agreement is the day last set forth below by and between HMA and DEALER in section 9 of this Agreement.

## 3. DEALER OWNERSHIP

HMA enters into this Agreement in reliance upon the personal qualifications and representations of the persons identified below and upon DEALER's assurances that the following persons, and only the following persons, will be the Owner(s) of DEALER.

| NAME | ADDRESS | TITLE | OWNERSHIP INTEREST |
|------|---------|-------|--------------------|
| Edward F. Napleton | 17W240 22nd Street, Suite 312 Oakbrook Terrace, IL 60181 | Chairman | 97.5% |
| Bruce C. Etheridge | 17W240 22nd Street, Suite 312 Oakbrook Terrace, IL 60181 | CFO | 2.5% |
| | | | |
| | | | |

## 4. DEALER MANAGEMENT

DEALER recognizes that the effective performance of its obligations hereunder requires that experienced DEALER management be actively involved at all times. HMA enters into this Agreement in reliance upon the qualifications of **Edward F. Napleton** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations. DEALER further agrees that the General Manager shall devote full time (100%) to the management of DEALER's operations.

## 5. CHANGE IN DEALER OWNERSHIP OR MANAGEMENT

This is a personal services agreement. HMA has entered into this Agreement in reliance upon DEALER's assurances of the active involvement of the Owners and General Manager identified herein in DEALER's operations. Accordingly, any change in ownership, regardless of the share or relationship between parties, or any change in General Manager, from the person(s) identified herein, requires the prior written consent of HMA, which HMA shall not unreasonably withhold.

## 6. DEALER LOCATION

DEALER is free to sell Hyundai Products to Customers wherever they may be located. However, in order for HMA to establish and maintain an effective network of authorized Hyundai Dealers for the sale and servicing of Hyundai Products and to maximize Customer convenience, HMA has approved the following facilities as the exclusive location(s) for the sale and servicing of Hyundai Products and for the display of Hyundai Marks:

| HYUNDAI NEW VEHICLE SALES AND SHOWROOM | PARTS AND SERVICE |
|---|---|
| 2707 Okeechobee Blvd. | Same |
| West Palm Beach, FL 33409 | |

| SALES AND GENERAL OFFICES | USED VEHICLE DISPLAY AND SALES |
|---|---|
| Same | Same |
| ———— | ———— |

| BODY AND PAINT | |
|---|---|
| NA | ———— |
| ———— | ———— |

DEALER agrees not to display Hyundai marks or to conduct any dealership operations, including the display, sale and/or service of Hyundai Products, at any location other than at the location(s) approved herein, without the prior written consent of HMA.

Moreover, each location is approved only for the activity indicated. DEALER may not alter the activity of any location approved herein or otherwise use such location for any activities other than the approved activity, without the prior written consent of HMA.

## 7. STANDARD PROVISIONS

The HMA Dealer Sales and Service Agreement Standard Provisions are incorporated herein and made a part of this Agreement as if fully set forth herein.

## 8. ADDITIONAL PROVISIONS

In consideration of HMA's agreement to appoint DEALER as an authorized Hyundai Dealer, DEALER further agrees:

**HMA has entered into this Agreement based upon DEALER's promise to provide adequate representation in the current Hyundai dealership facility, located at 2707 Okeechobee Blvd. in West Palm Beach, Florida. DEALER acknowledges that adequate representaiton may include but not limited to, those standards set forth in HMA's "DEALERSHIP FINANCIAL/FACILITY/SIGNAGE STANDARDS", signed by DEALER on July 3, 2008 and incorporated by reference herein.**

## 8.  ADDITIONAL PROVISIONS

Dealer shall purchase and install the following signage:

1.  One pylon or monument sign (based on permitting stipulations):

2.  One set of Hyundai approved logo and fascia letters (all upper case);

3.  One set of Hyundai approved logo and letters reading "Service";

4.  All signage work shall be effectuated by HMA's authorized sign vendor;

You agree that you will purchase and install such new Hyundai product identification signs within 90 days.

DEALER is majority owned by a limited liability company known as EFN West Palm Motor Sales, LLC ("Limited Liability Company").  DEALER has represented to HMA that Edward F. Napleton owns 97.5% of all voting shares of the LLC.  HMA has entered into this Agreement with DEALER in reliance upon the personal qualifications and representations of, and assurances of the active involvement of, Edward F. Napleton.  Accordingly, by his signature hereto, Edward F. Napleton arees, individually and on behalf of the LLC, that there will be no change in ownership of voting shares of the LLC without the prior written consent of HMA.  DEALER recognizes that failure to obtain such consent shall be grounds for termination under Paragraph 16 of this Agreement.  For purposes of this paragraph, voting shares include all shares of the LLC entitled to vote on any matters affecting the LLC and all stocks, notes, bonds or other instruments convertible into voting shares.

**DEALER further acknowledges that HMA's approval of DEALER's current operation, does not, in any way, constitute a promise by HMA that it will sell DEALER any particular number of vehicles or an assurance by HMA that DEALER will achieve any particular level of sales, operate at a profit or realize any return on investment.  The actual profits to be realized will depend to a great extent on the management of the dealership, as well as on business and economic conditions.  DEALER acknowledges that, as in any investment in a competitive industry, there are no guarantees.**

**Paragraph 13. A. of the Standard Provisions is hereby amended to read; "The net working capital required to conduct the business of DEALER properly depends upon many factors, including the nature, size and volume of DEALER's vehicle sales, service and parts operations.  Therefore, DEALER agrees to establish and maintain minimum net working capital in an amount not less than established minimum HMA net working capital requirements.  If HMA determines, in its sole discretion, that changed circumstances require it to adjust established HMA net working capital requirements hereunder, DEALER agrees to revise its minimum net working capital to be used in the dealership's operation accordingly and within a reasonable period of time."**

DEALER recognizes that the obligations incurred herein are material terms of this Agreement.  Failure to comply with any or all of these provisions may be grounds for termination of this Agreement.

DD-0788 11/05

## 9. EXECUTION OF AGREEMENT

This Agreement shall be valid and binding only if it is signed:

On behalf of DEALER by a duly authorized person; and

On behalf of HMA by the Director, Sales Operations and the General and/or Regional Manager, if any, of HMA.

By their signatures hereto, the parties agree to abide by the terms and conditions of this agreement, including the Standard Provisions incorporated herein, in good faith and for their mutual benefit.

**EFN West Palm Motor Sales, LLC**
**d/b/a Napleton's Hyundai**
(Dealer Entity Name)

DATE: 1/29/09     By: _____     _____
                              Signature                      Title

**HYUNDAI MOTOR AMERICA**

DATE: 8.21.09     By: _____     **General Manager, Region**
                              Signature                      Title

DATE: 1/15/2009     By: _____     **Director, Sales Operations**
                              Signature                      Title

# PRODUCT ADDENDUM
# TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

1/29/08

Date

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Santa Fe, Sonata, Tiburon, Tucson, Azera, Entourage, Veracruz, Genesis

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

DD-0257 11/05

# AMENDMENT TO
# HYUNDAI DEALER SALES AND SERVICE AGREEMENT

### AMENDMENT NO. <u>1</u>

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA") and <u>**EFN West Palm Motor Sales, LLC**</u> ("Dealer") which was executed by HMA on <u>1/29/09</u> ("Current Agreement"), is hereby amended as follows:

The provisions of Paragraph 8 of the Current Agreement are hereby deleted in their entirety and are replaced by the following:

**HMA has entered into this Agreement based upon DEALER's promise to provide adequate representation in the current  Hyundai dealership facility, located at 2707 Okeechobee Blvd. in West Palm Beach, Florida.  DEALER acknowledges that adequate representaiton may include  but not limited to, those standards set forth in HMA's "DEALERSHIP FINANCIAL/FACILITY/SIGNAGE STANDARDS", signed by DEALER on July 3, 2008 and incorporated by reference herein.**

**Dealer shall purchase and install the following signage:**

**1.  One pylon or monument sign (based on permitting stipulations)  Dealer has ordered a custom panel for sign and should be installed by September 30, 2008.**

**DEALER is majority owned by a limited liability company known as EFN West Palm Motor Sales, LLC ("Limited Liability Company").  DEALER has represented to HMA that Edward F. Napleton owns 97.5% of all voting shares of the LLC.  HMA has entered into this Agreement with DEALER in reliance upon the personal qualifications and representations of, and assurances of the active involvement of, Edward F. Napleton. Accordingly, by his signature hereto, Edward F. Napleton arees, individually and on behalf of the LLC, that there will be no change in ownership of voting shares of the LLC without the prior written consent of HMA.  DEALER recognizes that failure to obtain such consent shall be grounds for termination under Paragraph 16 of this Agreement.  For purposes of this paragraph, voting shares include all shares of the LLC entitled to vote on any matters affecting the LLC and all stocks, notes, bonds or other instruments convertible into voting shares.**

**DEALER further acknowledges that HMA's approval of DEALER's current operation, does not, in any way, constitute a promise by HMA that it will sell DEALER any particular number of vehicles or an assurance by HMA that DEALER will achieve any particular level of sales, operate at a profit or realize any return on investment.  The actual profits to be realized will depend to a great extent on the management of the dealership, as well as on**

business and economic conditions. DEALER acknowledges that, as in any investment in a competitive industry, there are no guarantees.

Paragraph 13. A. of the Standard Provisions is hereby amended to read; "The net working capital required to conduct the business of DEALER properly depends upon many factors, including the nature, size and volume of DEALER's vehicle sales, service and parts operations. Therefore, DEALER agrees to establish and maintain minimum net working capital in an amount not less than established minimum HMA net working capital requirements. If HMA determines, in its sole discretion, that changed circumstances require it to adjust established HMA net working capital requirements hereunder, DEALER agrees to revise its minimum net working capital to be used in the dealership's operation accordingly and within a reasonable period of time."

DEALER recognizes that the obligations incurred herein are material terms of this Agreement. Failure to comply with any or all of these provisions may be grounds for termination of this Agreement.

Dealer agrees to abide by the following terms and conditions:

(1) provide and maintain a separate Hyundai showroom that meets HMA's facility guide requirements; (2) purchase applicable premium showroom kit; (3) maintain 100% sales efficiency for the Genesis sedan for a rolling 12 month period; (4) enroll in and utilize a Hyundai Certified Customer Relationship Management (CRM) System; (5) accommodate the "Your Time, Your Place" personalized demonstration service and "At Your Service" valet service pickup and drop off where applicable; (6) display a minimum of one Equus vehicle in the separate Hyundai showroom; (7) satisfy all specialized Equus sales and service training/certification requirements; (8) designate and train at least one individual from sales management that shall be dedicated to Equus and have responsibility for the coordination and facilitation of the customer experience (Equus Champion); (9) designate and train at least one individual from service management that shall be dedicated to Equus and have responsibility for earning and maintaining Equus service certification (Equus Advocate); (10) maintain availability of one Equus demonstration vehicle in dealer stock at all times; and (11) place and maintain a minimum of one new Genesis or Equus (a Veracruz may be used in inclement weather situations) into rental service to be utilized as a service rental vehicle.

Dealer further acknowledges that the Standard Provisions to the Agreement are incorporated by reference herein and Dealer agrees to abide by its terms.

Dealer recognizes that the obligations set forth herein are material terms of the Agreement. Failure to comply with any or all of these provisions may be grounds for termination of this Agreement.

Dealer agrees to construct new facility on or before 12/31/2011.

# PRODUCT ADDENDUM
# TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

_____
Date

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Elantra Touring, Santa Fe, Sonata, Tucson, Azera, Veracruz, Genesis Sedan, Genesis Coupe, Equus

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

DD-0257 11/05

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC**
**d/b/a Napleton's Hyundai**
<u>(Dealer Entity Name)</u>

DATE: 11/15/2010       By: _____       Managing Member
                           Signature                   Title

**HYUNDAI MOTOR AMERICA**

DATE: 11·11·2010       By: K.A. Brown       **General Manager, Region**
                           Signature                   Title

DATE: 11/8/10       By: _____       **Executive Vice President, National Sales**
                           Signature                   Title

DD-0845 11/98

# PRODUCT ADDENDUM
# TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

_____

Date

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Elantra Touring, Santa Fe, Sonata, Tucson, Azera, Veracruz, Genesis Sedan, Genesis Coupe, Equus

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

DD-0257 11/05

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC**
**d/b/a Napleton's Hyundai**
(Dealer Entity Name)

DATE: 3/24/2011    By: _____    _____
                       Signature           Title


**HYUNDAI MOTOR AMERICA**


DATE: 3.3.2011    By: _____    General Manager, Region
                       Signature           Title


DATE: 3/8/11    By: _____    Executive Vice President,
                    Signature           National Sales
                                        Title

DD-0845 11/98

# AMENDMENT TO
# HYUNDAI DEALER SALES AND SERVICE AGREEMENT

### AMENDMENT NO. 2

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA") and **EFN West Palm Motor Sales, LLC** ("Dealer") which was executed by HMA on **11/15/2010** ("Current Agreement"), is hereby amended as follows:

Paragraph 4 of the Current Agreement which provides in pertinent part that

HMA enters into this Agreement in reliance upon the qualifications of **Edward F. Napleton** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

is hereby amended to state that

HMA enters into this Agreement in reliance upon the qualifications of **Raul J. Gomila** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

# AMENDMENT TO HYUNDAI DEALER
# SALES AND SERVICE AGREEMENT

### AMENDMENT NO. 3

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA") and

**EFN West Palm Motor Sales, LLC** ("Dealer") which was executed by HMA on

**January 29, 2009** ("Current Agreement"), which was last amended on   **October 11, 2012** is hereby

amended as follows:

Paragraph 4 of the Current Agreement which provides in pertinent part that

HMA enters into this Agreement in reliance upon the qualifications of **Raul Gomila** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

is hereby amended to state that

HMA enters into this Agreement in reliance upon the qualifications of **Yevgenity Khaytin** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

# PRODUCT ADDENDUM
## TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

6/10/16
(Date)

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Elantra Touring, Santa Fe, Sonata, Tucson, Azera, Genesis Sedan, Genesis Coupe, Equus, Veloster

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

DD-0845 11/98

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

EFN West Palm Motor Sales, LLC dba Napleton's Hyundai
(Dealer Entity Name)

DATE: 6/10/16  By: _Edward Hugleton_ _President_
Signature                         Title


HYUNDAI MOTOR AMERICA


04/22/2016 _____ By: _____  **General Manager, Region**
Date                Signature              Title


05/15/2016 _____ By: _____  **Vice President,**
Date                Signature              **National Sales**
                                           Title


DD-0845 11/98

# AMENDMENT TO HYUNDAI DEALER
# SALES AND SERVICE AGREEMENT

### AMENDMENT NO. 4

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA") and

**EFN West Palm Motor Sales, LLC** ("Dealer") which was executed by HMA on **September 15, 2008**

("Current Agreement"), which was last amended on **December 4, 2012** is hereby amended as follows:

Paragraph 3 of the Current Agreement which provides in pertinent part that only the following persons,

will be the Owner(s) of DEALER.

| NAME | ADDRESS | TITLE | OWNERSHIP INTEREST |
|------|---------|-------|--------------------|
| Edward Napleton | | | 97.50% |
| Bruce Etheridge | | | 2.50% |
| | | | |
| | | | |
| | | | |
| | | | |

is hereby amended to state that only the following persons, will be the Owner(s) of DEALER.

| NAME | ADDRESS | TITLE | OWNERSHIP INTEREST |
|------|---------|-------|--------------------|
| Napleton Investment Partnership, LP | (1% equals 100% of voting shares issued) | | 1% Class A (100% of all voting shares) |
| Edward F. Napleton Descendants Trust u/a/d 12/27/02 | | | 48.25% Class B (Non-voting) |
| Katherine R. Napleton Descendants Trust u/a/d 12/27/02 | | | 48.25% Class B (Non-voting) |
| Bruce C. Etheridge | | | 2.50% Class B (Non-voting) |
| | | | |
| | | | |

### 3. DEALER OWNERSHIP

HMA enters into this Agreement in reliance upon the personal qualifications and representations of the persons identified below and upon DEALER's assurances that the following persons, and only the following persons, will be the Owner(s) of DEALER.

- Napleton Investment Partnership, LP is structured as follows:

| Name | Address | Title | Ownership Interest |
|------|---------|-------|--------------------|
| Napleton Management Company LLC | | General Partner | 1% |
| Bruce Etheridge, as Trustee of the Edward F. Napleton Descendants Trust u/a/d 12/27/02 | | Limited Partner | 31.145% |
| Bruce Etheridge, as Trustee of the Katherine R. Napleton Descendants Trust u/a/d 12/27/02 | | Limited Partner | 67.855% |

- Napleton Management Company, LLC is structured as follows:

| Name | Address | Title | Ownership Interest |
|------|---------|-------|--------------------|
| Edward F. Napleton Revocable Self-Declaration of Trust u/a/d 10/1/92 | | | 46% |
| Katherine R. Napleton Revocable Self-Declaration of Trust u/a/d 10/1/92 | | | 9% |
| Kristen Napleton | | | 9% |
| Colleen Napleton | | | 9% |
| Katherine E. Napleton | | | 9% |
| Edward Napleton | | | 9% |
| Brian Napleton | | | 9% |

The provisions of Paragraph 8 of the Current Agreement are hereby deleted in their entirety and are replaced by the following:

HMA has entered into this Agreement based upon DEALER's promise to provide adequate representation in the Hyundai dealership facility located at **2301 Okeechobee Boulevard** in **West Palm Beach, FL 33409**. DEALER acknowledges that adequate representation includes, but is not limited to, those standards set forth in HMA's "DEALERSHIP FINANCIAL / FACILITY / SIGNAGE STANDARDS", signed by DEALER on **July 11, 2012** and incorporated by reference herein.

Dealer agrees to abide by the following terms and conditions:

(1) Provide and maintain a separate Hyundai showroom that meets HMA's facility guide requirements.

(2) Purchase applicable premium showroom kit.

(3) Maintain 100% sales efficiency for the Genesis sedan for a rolling 12 month period.

(4) Enroll in and utilize a Hyundai Certified Customer Relationship Management (CRM) System.

(5) Accommodate the "Your Time, Your Place" personalized demonstration service and "At Your Service" valet service pickup and drop off where applicable.

(6) Display a minimum of one Equus vehicle in the separate Hyundai showroom.

(7) Satisfy all specialized Equus sales and service training/certification requirements.

(8) Designate and train up to ten Premium Sales Team Members that shall be dedicated to Equus and share responsibility for the coordination and facilitation of the customer experience.

(9) Designate and train at least one individual from service management that shall be dedicated to Equus and have responsibility for earning and maintaining Equus service certification (Equus Advocate).

(10) Maintain availability of one Equus demonstration vehicle in dealer stock at all times.

(11) Place and maintain a minimum of one new Genesis or Equus (only AWD Genesis may be used in inclement weather situations) into rental service to be utilized as a service rental vehicle.

Dealer shall install at a minimum the following GDSI (Global Dealership Space Identity) Elements/Signage:

1. One GDSI Pylon or monument sign;

2. One set of Hyundai approved GDSI logo and fascia letters;

3. One set of Hyundai approved logo and letters that state "Service"

4. "Shaped Sky" Bronze ACM Fascia System as specified by HMA and its authorized sign vendor(s).

5. GDSI "Entry Element" as specified by HMA Facility Survey conducted by HMA's authorized vendor.

Dealer shall purchase and install at a minimum the following HMA Corporate Identity Components:

1. Dealer Facility Survey; to identify the best location for installation of the HMA Corporate Identity  Elements and to provide Dealer with recommendations for facility upgrades or changes to incorporate HMA's Brand Identity into Dealer's Hyundai Facility.

2. HMA Corporate Identity Showroom Kit

Dealer agrees to purchase and install such new Hyundai product identification signs and Hyundai corporate Identity Kits in accordance with this Agreement made with HMA and as permitted under local sign ordinances.  All signage work shall be effectuated by HMA's authorized sign vendor(s).

DEALER is owned by **Napleton Investment Partnership, LP (1%)**, and **Bruce Etheridge (2.50%)** AND BY **[2]** individual trusts **(96.5%)**. The Trusts are held in the names of **Edward F. Napleton Descendants Trust u/a/d 12/27/02 (48.25%)**, and **Katherine R. Napleton Descendants Trust u/a/d 12/27/02 (48.25%**. DEALER has represented to HMA that **Bruce Etheridge** is the Trustee of and controls the **[2]** trusts. HMA has entered into this Agreement with DEALER in reliance upon the personal qualifications and representations of, and assurances of the active involvement of **Edward Napleton and Bruce Etheridge** agree, individually and on behalf of each individual Trust, that there will be no change in Trustee or control of the Trusts without the prior written consent of HMA. DEALER recognizes that failure to obtain such consent shall be grounds for termination under Paragraph 16 of this Agreement. Further, **Edward Napleton** and **Bruce Etheridge** acknowledge that the individual Trusts are approved as owners for investment purposes only and will not be active in the day-to-day management of DEALER's operations.

The foregoing persons agree, individually, and on behalf of each individual Trust, to appoint **Bruce Etheridge** with complete authority to make all decisions, and enter into all commitments, on behalf of the individual Trusts, and that HMA may rely completely on the authority of such person to do so.

DEALER has issued two categories of stock, voting and non-voting. DEALER has represented that voting stock is held in the percentages indicated in Paragraph 3 of this Agreement. For purposes of this paragraph, voting shares include all shares of the corporation entitled to vote on any matters affecting the corporation, and all stock, notes, bonds or other instruments convertible into voting shares. DEALER agrees that there will be no change in ownership of voting or non-voting stock, nor any conversion of one to the other, without the prior written consent of HMA. DEALER also recognizes that failure to obtain such consent shall be grounds for termination under Paragraph 16 of this Agreement.

It is HMA's policy to require that at least one Owner of each Hyundai DEALER hold a majority ownership interest, i.e., more than 50% in dealership, including, but not limited to, a majority of voting stock or membership rights. It is understood by this that such majority owner be designated "Dealer Principal". In consideration of HMA granting DEALER a deviation from its policy, by the signature of its Owners hereto, DEALER agrees that **Edward Napleton** shall have complete authority to make all decisions and enter into all commitments on behalf of all DEALER owners and that HMA may rely completely on the authority of such person to do so.

DEALER further acknowledges that HMA's approval of DEALER's current operation, does not, in any way, constitute a promise by HMA that it will sell DEALER any particular number of vehicles or an assurance by HMA that DEALER will achieve any particular level of sales, operate at a profit or realize any return on his investment. The actual profits to be realized will depend to a great extent on the Management of the dealership, as well as on business and economic conditions. DEALER acknowledges that, as in any investment in a competitive industry, there are no guarantees.

Dealer further acknowledges that the Standard Provisions to the Agreement are incorporated by reference herein and Dealer agrees to abide by its terms.

Dealer recognizes that the obligations set forth herein are material terms of the Agreement. Failure to comply with any or all of these provisions may be grounds for termination of this Agreement.

Paragraph 13. A. of the Standard Provisions is hereby amended to read; "The net working capital required to conduct the business of the DEALER properly depends upon many factors, including the nature, size and volume of DEALER's vehicle sales, service and parts operations. Therefore, DEALER agrees to establish and maintain minimum net working capital in an amount not less than established minimum HMA net working capital requirements. If HMA determines, in its sole discretion, that changed circumstances require it to adjust established HMA net working capital requirements hereunder, DEALER agrees to revise its minimum net working capital to be used in the dealership's operation accordingly and within a reasonable period of time.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC dba Napleton's Hyundai**

(Dealer Entity Name)

DATE: _1-5-17_ By: _Edward Hyalton_ _CEO_

Signature            Title

**HYUNDAI MOTOR AMERICA**

GM Signature Date       By: _____       **General Manager, Region**

Date                  Signature                      Title

9/2/2016           By: _____       **Vice President, National Sales**

Date                  Signature                      Title

# PRODUCT ADDENDUM
## TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

$/-5-/7$
_____
(Date)

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Elantra Touring, Santa Fe, Sonata, Tucson, Azera, Genesis Sedan, Genesis Coupe, Equus, Veloster

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

# PRODUCT ADDENDUM
## TO
# HYUNDAI MOTOR AMERICA
# DEALER SALES AND SERVICE AGREEMENT

6/10/16
(Date)

Pursuant to Paragraph 1 of the Hyundai Motor America (HMA) Dealer Sales and Service Agreement, HMA grants DEALER the non-exclusive right to buy the Hyundai Products identified below:

Accent, Elantra, Elantra Touring, Santa Fe, Sonata, Tucson, Azera, Genesis Sedan, Genesis Coupe, Equus, Veloster

and all parts, accessories and equipment for such vehicle(s).

This Hyundai Product Addendum shall remain in effect unless and until superseded by a new Hyundai Product Addendum furnished by HMA.

DD-0845 11/98

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC dba Napleton's Hyundai**

(Dealer Entity Name)

DATE: 6/10/16   By: _Edward Hyghton_  _President_

Signature                                    Title

**HYUNDAI MOTOR AMERICA**

04/22/2016                      By: _____      **General Manager, Region**
Date                                 Signature                              Title

05/15/2016                      By: _____      **Vice President, National Sales**
Date                                 Signature                              Title

DD-0845 11/98

# AMENDMENT TO HYUNDAI DEALER
# SALES AND SERVICE AGREEMENT

### AMENDMENT NO. 5

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA")

and **EFN West Palm Motor Sales, LLC** ("Dealer") which was executed by HMA on

**September 15, 2008** ("Current Agreement"), which was last amended on **January 15, 2017** is

hereby amended as follows:

Paragraph 4 of the Current Agreement which provides in pertinent part that

HMA enters into this Agreement in reliance upon the qualifications of **Yevgeniy (Gene) Khaytin** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

is hereby amended to state that

HMA enters into this Agreement in reliance upon the qualifications of **Christopher Layton** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

DD-0845 11/98

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC dba Napleton's Hyundai**
(Dealer Entity Name)

DATE: _____ By: _____ PRESIDENT
Signature                              Title

**HYUNDAI MOTOR AMERICA**

05/26/2020 _____ By: _____ **General Manager, Region**
Date                                    Title

_____ By: _____ **Executive Director, Dealer Development**
Date              Signature           Title

# AMENDMENT TO HYUNDAI DEALER
# SALES AND SERVICE AGREEMENT

### AMENDMENT NO. 5

The Hyundai Dealer Sales and Service Agreement between Hyundai Motor America ("HMA")

and **EFN West Palm Motor Sales, LLC** ("Dealer") which was executed by HMA on

**September 15, 2008** ("Current Agreement"), which was last amended on **January 15, 2017** is

hereby amended as follows:

Paragraph 4 of the Current Agreement which provides in pertinent part that

HMA enters into this Agreement in reliance upon the qualifications of **Yevgeniy (Gene) Khaytin** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

is hereby amended to state that

HMA enters into this Agreement in reliance upon the qualifications of **Christopher Layton** to manage DEALER's operations and upon DEALER's assurance that such person, and no other person, will at all times function as General Manager and be considered as Dealer Operator with complete authority to make all decisions on behalf of DEALER with respect to DEALER's operations.

1.

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the last day set forth below.

**EFN West Palm Motor Sales, LLC dba**
**Napleton's Hyundai**
(Dealer Entity Name)

DATE: By: Signature

PRESIDENT
Title

## HYUNDAI MOTOR AMERICA

05/26/2020                     By:
Date                                 Signature

**General Manager, Region**
Title

_____     By: _____
Date                        Signature

**Executive Director,**
**Dealer Development**
Title