**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ex. rel. AKEEL & VALENTINE PLC, | Civil Action No. 24-cv-47 |
| | Hon. Sunil R. Harjani |
| Qui Tam Plaintiff-Relator, | |
| | QUI TAM COMPLAINT |
| v. | **FILED UNDER SEAL UNDER 31 U.S.C. §§ 3729-3733** |
| NORTH AMERICAN AUTOMOTIVE SERVICES, INC., d/b/a NAPLETON AUTO GROUP, INC. et al., | **JURY TRIAL DEMANDE** |
| Defendants. | |
| _____/ | |

**QUI TAM AMENDED COMPLAINT FOR VIOLATIONS OF
THE FEDERAL FALSE CLAIMS ACT**

*Qui Tam* relator Akeel & Valentine, PLC, as a *pro se* Relator-Attorney and on behalf of the United States of America, files this Amended Complaint against North American Automotive Services, Inc., d/b/a Napleton Auto Group; Augusta Imports, LLC; Clermont Motors, LLC; Ed Napleton Calumet City Imports, Inc.; Ed Napleton Elmhurst Imports, Inc.; Ed Napleton Oak Lawn Imports, Inc.; Ed Napleton St. Louis Imports, Inc.; Ed Napleton Westmont Imports, Inc.; EFN West Palm Motor Sales, LLC; Macon Imports, LLC; Napleton Aurora Imports, Inc.; Napleton Automotive of Urbana, LLC; Napleton Bluemound Imports, LLC; Napleton Brookfield Imports, LLC; Napleton Carmel Imports; Napleton Carmel Motors, LLC; Napleton Enterprises, LLC; Napleton Fishers Imports, LLC; Napleton Fleet, Inc.; Napleton Hazelwood Imports, Inc.; Napleton Italian Imports, LLC; Napleton Mid Rivers Imports, Inc.;

Napleton Orlando Imports, LLC; Napleton Rochester Imports, LLC; Napleton Sanford Imports, LLC; Napleton St. Louis Imports, LLC; Napleton Twin Cities Imports, LLC; Napleton Urbana Imports, LLC; Napleton Wayzata Motors, LLC; Napleton Wyoming Valley Imports, LLC; Napleton's Arlington Heights Motors, Inc.; Napleton's Ellwood Motors, Inc.; Napleton's Goldcoast Imports, Inc.; Napleton's Mid Rivers Motors, Inc.; Napleton's North Palm Auto Park, Inc.; Napleton's Palm Beach Imports, LLC; Napleton's River Oaks Motors, Inc.; North Palm Hyundai, LLC; North Palm Motors, LLC; Edward F. Napleton; Katherine Napleton; Edward W. Napleton, Jr.; and Bruce Etheridge and alleges as follows:

**TABLE OF CONTENTS**

I. INTRODUCTION AND OVERVIEW ...............................................................1

II. PARTIES ........................................................................................................2

    A. Relator .....................................................................................................2

    B. Defendants ..............................................................................................3

III. JURISDICTION AND VENUE ......................................................................13

IV. APPLICABLE LAW ......................................................................................13

    A. The False Claims Act ............................................................................13

    B. The Paycheck Protection Program ("PPP") ..........................................15

V. FACTUAL ALLEGATIONS ..........................................................................21

VI. CAUSES OF ACTION ...................................................................................27

## I.     INTRODUCTION AND OVERVIEW

1.     Relator, Akeel & Valentine, brings this case on behalf of the United States Government against North American Automotive Services, Inc. d/b/a Napleton Auto Group; Augusta Imports, LLC; Clermont Motors, LLC; Ed Napleton Calumet City Imports, Inc.; Ed Napleton Elmhurst Imports, Inc.; Ed Napleton Oak Lawn Imports, Inc.; Ed Napleton St. Louis Imports, Inc.; Ed Napleton Westmont Imports, Inc.; EFN West Palm Motor Sales, LLC; Macon Imports, LLC; Napleton Aurora Imports, Inc.; Napleton Automotive of Urbana, LLC; Napleton Bluemound Imports, LLC; Napleton Brookfield Imports, LLC; Napleton Carmel Imports; Napleton Carmel Motors, LLC; Napleton Enterprises, LLC; Napleton Fishers Imports, LLC; Napleton Fleet, Inc.; Napleton Hazelwood Imports, Inc.; Napleton Italian Imports, LLC; Napleton Mid Rivers Imports, Inc.; Napleton Orlando Imports, LLC; Napleton Rochester Imports, LLC; Napleton Sanford Imports, LLC; Napleton St. Louis Imports, LLC; Napleton Twin Cities Imports, LLC; Napleton Urbana Imports, LLC; Napleton Wayzata Motors, LLC; Napleton Wyoming Valley Imports, LLC; Napleton's Arlington Heights Motors, Inc.; Napleton's Ellwood Motors, Inc.; Napleton's Goldcoast Imports, Inc.; Napleton's Mid Rivers Motors, Inc.; Napleton's North Palm Auto Park, Inc.; Napleton's Palm Beach Imports, LLC; Napleton's River Oaks Motors, Inc.; North Palm Hyundai, LLC; North Palm Motors, LLC; ("Corporate Defendants"); Edward F. Napleton; Katherine Napleton; Edward W. Napleton, Jr.; and Bruce Etheridge ("Individual Defendants" and all collectively, "Defendants"), for treble damages and civil penalties under the False Claims Act ("FCA"), 31 U.S.C. §§ 3729–3733, owed to the United States from at least forty false and/or fraudulent claims submitted by Defendants in connection with the Paycheck Protection Program ("PPP").

1

2.      Specifically, Defendants made false and/or fraudulent statements to obtain at least forty federally guaranteed PPP loans ("PPP Loans") totaling at least $ $36,087,888, which caused the United States to pay processing fees to the third-party lenders on each loan. Defendants also made false and/or fraudulent statements in applications they submitted to have those federally guaranteed PPP loans forgiven, which caused the United States to pay *at least* $ $36,126,715 to reimburse the third-party lenders for the forgiven loans.

3.      Defendants materially misrepresented the Corporate Defendants' eligibility for the PPP loans by falsely certifying that each Corporate Defendant qualified as an eligible business under the Small Business Association's ("SBA") rules.

4.      Specifically, the Corporate Defendants each certified that no officer, director, key employee, individual in control of the business, or owner of more than 20 percent of business, was under indictment for a felony at the time of application for the loan. In fact, Eddie Napleton, who oversees global operations for Napleton Auto Group and its dealerships, had pending felony charges at all relevant times.

## II.    PARTIES

### A.    Relator

5.      Relator, Akeel & Valentine, PLC ("Relator" or "Akeel & Valentine") is a professional services corporation, incorporated in Michigan with a principal place of business at 888 W. Big Beaver Rd., Suite 350, Troy, MI 48084, and has uncovered material information regarding the false and fraudulent submissions alleged herein. It is the "original source" of this information within the meaning of 31 U.S.C. § 3730(e)(4)(B).

6.      Relator is suing on its own behalf, and on behalf of, and in the name of, the United States of America, pursuant to 31 U.S.C. § 3730(b).

2

7.     Relator is a law firm that has extensive experience bringing and prosecuting *qui tam* actions under the FCA. In 2023, Relator began investigating Defendants' business practices and corporate filings to discover that the Corporate Defendants are in fact under common control and leadership and that Eddie Napleton had pending felony charges, thereby disqualifying them all from the PPP loan program.

8.     Relator has complied with the notice provision of the FCA, 31 U.S.C. § 3730(b)(2), by providing to the Attorney General of the United States and the United States Attorney for the Northern District of Illinois, prior to the filing of this Complaint, with a statement of material evidence and information related to this complaint, which supports the existence of the false claims by Defendants.

**B.     Defendants**

*Individual Defendants*

9.     Edward F. Napleton, AKA Ed Napleton ("Ed Napleton"), is a citizen of the United States of America and is believed to be a resident of Florida. Ed Napleton is the owner, president, and director of Napleton Auto Group, Inc.—the overarching corporate entity that controls and operates the rest of the Corporate Defendants—as well as the owner, president, director, and/or manager of many of the Corporate Defendants directly.

10.     Edward W. Napleton, Jr., AKA Eddie Napleton or Ed Napleton, Jr., ("Eddie Napleton"), is a citizen of the United States of America and is believed to be a resident of Illinois. Eddie Napleton is the director of operations for Napleton Auto Group, Inc., as well as the owner, president, director, and/or manager of many of the Corporate Defendants directly. Eddie Napleton is Ed Napleton's oldest child.

11.     Katherine Napleton is a citizen of the United States of America and is believed to be a resident of Illinois. Katherine Napleton is the secretary or other corporate officer of many of the Corporate Defendants. Katherine Napleton is Ed Napleton's wife.

12.     Bruce Etheridge is a citizen of the United States of America and is believed to be a resident of Illinois. Bruce Etheridge is a CPA and Chief Operating Officer of Napleton Auto Group and the manager or other corporate officer of many of the Corporate Defendants.

*Corporate Defendants*

13.     North American Automotive Services, Inc. d/b/a Napleton Auto Group[1] ("Napleton Auto Group" or "NAG") is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace Ste 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the president of NAG. SAS Corporate Services, Inc. is the registered agent of NAG with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

14.     Ed Napleton Elmhurst Imports, Inc. d/b/a Ed Napleton Acura; Napleton's Kia of Elmhurst ("Elmhurst Imports") is an Illinois corporation with its principal place of business as 727 W. Grand Ave, Elmhurst, IL 60126. Edward F. Napleton is listed as the president and Katherine Napleton is listed as the secretary of Elmhurst Imports. SAS Corporate Services, Inc. is the registered agent of Elmhurst Imports with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

15.     Napleton's Arlington Heights Motors, Inc. d/b/a Napleton's Arlington Heights Chrysler Dodge Jeep Ram; Napleton's Arlington Mazda ("Arlington Heights Motors") is an

---

[1] North American Automotive Services, Inc. has the following additional registered assumed names: Cash4Techs, The Napleton Group, Ed Napleton Leasing, Ed Napleton Motors, Napleton Automotive Group, Ed Napleton Automotive Group, Napleton Dealership Group, North American Real Estate Management, Ed Napleton Dealership Group, and Napleton Fleet Group

Illinois corporation with its principal place of business as 1155 West Dudee Road, Arlington Heights, IL 60004. Edward F. Napleton is listed as the president of Arlington Heights Motors. SAS Corporate Services, Inc. is the registered agent of Arlington Heights Motors with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

16.     Napleton's River Oak Motors, Inc. d/b/a Napleton's River Oaks Chrysler Dodge Jeep Ram; Napleton River Oaks Honda ("Napleton River Oak Motors") is an Illinois corporation with its principal place of business as 17225 Torrence Ave, Lansing, IL 60438. Edward F. Napleton is listed as the president and Katherine Napleton is listed as the secretary of Napleton River Oak Motors. SAS Corporate Services, Inc. is the registered agent of Napleton River Oak Motors with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

17.     Napleton Aurora Imports, Inc. d/b/a Genesis of Aurora; Napleton's Valley Hyundai ("Napleton Aurora") is an Illinois corporation with its principal place of business as 17225 Torrence Ave, Lansing, IL 60438. Edward F. Napleton is listed as the president and Katherine Napleton is listed as the secretary of Napleton Aurora. SAS Corporate Services, Inc. is the registered agent of Napleton Aurora with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

18.     Napleton Automotive of Urbana, LLC ("Napleton Urbana") is an Illinois corporation with its principal place of business as 1111 Napleton Way, Urbana, IL 61802. Edward Napleton is the president of Napleton Urbana. SAS Corporate Services, INC is the registered agent of Napleton Urbana with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

19.     Napleton's Goldcoast Imports, Inc. d/b/a Napleton's Ashton Marin of Chicago; Napleton Maserati of Downers Grove ("Napleton Goldcoast") is an Illinois corporation with its

5

principal place of business as 1951 N. Rand Rd., Palatine, IL 60074. Edward F. Napleton is the President and Bruce C. Etheridge is the Secretary of Napleton Goldcoast. SAS Corporate Services, Inc. is the registered agent of Napleton Goldcoast with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

20.     Ed Napleton Oak Lawn Imports ("Napleton Oak Lawn") is an Illinois corporation with its principal place of business as 5800 West 95th Street, Oaklawn, IL 60453. Edward F. Napleton is listed as the president and Katherine Napleton is listed as the secretary of Napleton Oak Lawn. SAS Corporate Services, Inc. is the registered agent of Napleton Oak Lawn with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

21.     Napleton Urbana Imports, LLC d/b/a Napleton's Toyota of Urbana ("Napleton Toyota") is an Illinois corporation with its principal place of business as 1101 Napleton Way, Urbana, IL 61802. Edward F. Napleton is the president of Napleton Toyota. SAS Corporate Services, Inc. is the registered agent of Napleton Toyota with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

22.     Napleton's Ellwood Motors, Inc. d/b/a Napleton Ellwood Chrysler Dodge Jeep RAM ("Napleton Ellwood") is a Pennsylvania corporation with its principal place of business as 1000 Lawrence Ave, Ellwood City, PA 16117. Edward F. Napleton is listed as the owner and Katherine Napleton is listed as an officer of Napleton Ellwood. Corporate Services Company is the registered agent of Napleton Ellwood with a registered agent address as 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.

23.     Napleton Wyoming Valley Imports, LLC d/b/a Subaru of Wyoming Valley; Porsche Wyoming Valley ("Napleton Wyoming Valley") is a Pennsylvania corporation with its principal place of business as 1470 Highway 315 Suite 2 Plains, PA 18702. Edward F. Napleton

is the president and Katherine Napleton is the secretary of Napleton Wyoming Valley. Corporate Services Company is the registered agent of Napleton Wyoming Valley with a registered agent address as 2595 Interstate Drive, Suite 103, Harrisburg, PA 17110.

24. Napleton's Palm Beach Imports, LLC d/b/a Napleton's Palm Beach Acura ("Napleton Palm Beach") is a Florida corporation with its principal place of business as 6870 Okeechobee Blvd., West Palm Beach FL 33411. Edward F. Napleton is a manager and Bruce Etheridge is a manager-member of Napleton Palm Beach. Corporate Services Company is the registered agent of Napleton Palm Beach with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

25. Clermont Motors, LLC d/b/a Napleton Clermont Chrysler Jeep Dodge Ram ("Napleton Clermont") is a Florida corporation with its principal place of business as 15859 State Rte. 50, Clermont, FL 34711. Edward F. Napleton is the manager of Napleton Clermont. Corporate Services Company is the registered agent of Napleton Palm Beach with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

26. Napleton's North Palm Auto Park, Inc. d/b/a Napleton's Northlake Chrysler Dodge Jeep Ram ("Napleton Northlake") is a Florida corporation with its principal place of business as 3701 Northlake Blvd, Lake Park, FL 33403. Edward F. Napleton is the president, director, secretary, and treasurer; Katherine Napleton is an officer, and Bruce Etheridge is the COO of Napleton Northlake. Corporate Services Company is the registered agent of Napleton Northlake with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

27. North Palm Hyundai, LLC d/b/a Genesis of Lake Park' Napleton's North Palm Hyundai ("Napleton North Palm") is a Florida corporation with its principal place of business as 3701 Northlake Blvd, Lake Park, FL 33403. Edward F. Napleton is the manager and Bruce

Etheridge is the authorized member of Napleton North Palm. Corporate Services Company is the registered agent of Napleton North Palm with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

28.     EFN West Palm Motor Sales, LLC d/b/a Genesis of West Palm Beach; Napleton's West Palm Beach Hyundai ("Napleton West Palm") is a Florida corporation with its principal place of business as 3701 Northlake Blvd, Lake Park, FL 33403. Edward Napleton is the manager of Napleton West Palm. Corporate Services Company is the registered agent of Napleton West Palm with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

29.     Napleton Orlando Imports, LLC d/b/a Napleton's Volkswagen of Orlando ("Napleton Orlando") is a Florida corporation with its principal place of business as 1 Oakbrook Terrace, Ste 600, Oakbrook Terrace IL 60181. Edward Napleton is the manager of Napleton Orlando. SAS Corporate Services, Inc. is the registered agent of Napleton Orlando with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

30.     Napleton Sanford Imports, LLC d/b/a Napleton's Volkswagen of Sanford ("Napleton Sanford") is a Florida corporation with its principal place of business as 1 Oakbrook Terrace, Ste 600, Oakbrook Terrace IL 60181. Edward Napleton is the manager of Napleton Sanford. SAS Corporate Services, Inc. is the registered agent of Napleton Sanford with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

31.     North Palm Motors, LLC d/b/a KIA at Napleton's Northlake ("Napleton Northlake") is a Florida corporation with its principal place of business as 3626 Northlake Blvd, Palm Beach Gardens, FL 33403. Edward F. Napleton is the manager and Bruce Etheridge is the authorized member of Napleton Northlake. Corporate Services Company is the registered agent of Napleton Northlake with a registered agent address as 1201 Hays Street Tallahassee, FL 32301.

32.     Napleton's Mid Rivers Motors, Inc. d/b/a Napleton's Mid Rivers Chrysler Dodge Jeep Ram; Napleton Mid Rivers Maserati; Napleton's Mid Rivers Kia ("Napleton Mid Rivers") is a Missouri corporation with its principal place of business as 4951 Veterans Memorial Parkway, St. Peters, MO 63376. Edward F. Napleton is the owner of Napleton Mid Rivers. There is no registered agent listed for Napleton Mid Rivers.

33.     Napleton Hazelwood Imports, Inc. d/b/a Genesis of Hazelwood; Napleton Hyundai ("Napleton Hazelwood") is a Missouri corporation with its principal place of business as 649 Dunn Road, Hazelwood, MO 63042. Edward F. Napleton is the owner of Napleton Hazelwood. There is no registered agent listed for Napleton Hazelwood.

34.     Ed Napleton St. Louis Imports, Inc. d/b/a Ed Napleton Honda in St. Peters; Ed Napleton Honda ("Ed Napleton St. Louis") is a Missouri corporation with its principal place of business as 4780 North Service Road, St. Peters, MO 63376. Edward F. Napleton is the president and Katherine R. Napleton is the secretary of Ed Napleton St. Louis. Brydon Registered Agent, Inc. is the registered agent of Ed Napleton St. Louis with a registered agent address of 312 E. Capitol Ave., Jefferson City, MO 65101.

35.     Napleton St. Louis Imports, LLC d/b/a Napleton St. Louis Nissan ("Napleton St. Louis") is a Missouri corporation with its principal place of business as One Oakbrook Terrace, Ste. 600, Oakbrook Terrace, IL 60180. Rupali Shah is the manager of Napleton St. Louis. Brydon Registered Agent, Inc. is the registered agent of Napleton St. Louis with a registered agent address of 312 E. Capitol Ave., Jefferson City, MO 65101.

36.     Napleton Twin City Imports, LLC d/b/a Lexus of Maplewood; Lexus of Wayzata ("Napleton Twin City") is a Minnesota corporation with its principal place of business as 3000 US-61, Maplewood, MN 55109. Edward Napleton is the manager of Napleton Twin City. SAS

9

Corporate Services, Inc. is the registered agent of Napleton Twin City with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

37.     Napleton Rochester Imports, LLC d/b/a Mercedes-Benz of Rochester ("Napleton Rochester") is a Minnesota corporation with its principal place of business as 4447 Canal Pl SE, Rochester, MN 55904. Edward Napleton is the manager of Napleton Rochester. SAS Corporate Services, Inc. is the registered agent of Napleton Rochester with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

38.     Napleton Wayzata Motors, LLC d/b/a Chevrolet of Wayzata ("Napleton Wayzata") is a Minnesota corporation with its principal place of business as One Oakbrook Terrace, Ste. 600, Oakbrook Terrace, IL 60180. Edward F. Napleton is the manager of Napleton Wayzata. Corporation Services Company is the registered agent of Napleton Wayzata with a registered agent address as 2345 Rice Street, Suite 230, Roseville, MN 55113.

39.     Napleton Italian Imports, LLC d/b/a Napleton FIAT Imports; Napleton Maserati Imports; Napleton Alfa Romeo Imports; Napleton FIAT Alfa Romeo Maserati Imports; Napleton Alfa Romeo FIAT ("Napleton Italian") is an Indiana corporation with its principal place of business as 4180 East 96th Street, Indianapolis, IN 46240. Edward Napleton is the manager of Napleton Italian. Corporation Service Company is the registered agent of Napleton Italian with a registered agent address as 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

40.     Napleton Carmel Motors, LLC d/b/a Napleton Hyundai of Carmel; Napleton Kia of Carmel ("Napleton Carmel") is an Indiana corporation with its principal place of business as 4200 E. 96th Street, Indianapolis, IN 46240. Edward F. Napleton is the manager of Napleton Carmel. Corporation Service Company is the registered agent of Napleton Carmel with a registered agent address as 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

41.     Napleton Fishers Imports, LLC d/b/a Napleton Kia of Fishers ("Napleton Fishers") is an Indiana corporation with its principal place of business as 13417 Britton Park Rd., Fishers, IN 46038. Edward F. Napleton is the manager of Napleton Fishers. Corporation Service Company is the registered agent of Napleton Fishers with a registered agent address as 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204.

42.     Napleton Bluemound Imports, LLC d/b/a Lexus of Brookfield ("Napleton Bluemound") is a Wisconsin corporation with its principal place of business as One Oakbrook Terrace, Ste. 600, Oakbrook Terrace, IL 60180. There is no manager or owner listed for Napleton Bluemound. Corporate Service Company is the registered agent of Napleton Bluemound with a registered agent address as 33 East Main Street Suite 610 Madison WI 53703.

43.     Ed Napleton Calumet City Imports, Inc. ("Napleton Calumet") is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton and Katherine Napleton are listed as officers for Napleton Calumet. SAS Corporate Services Inc. is the registered agent of Napleton Calumet with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

44.     Ed Napleton Westmont Imports, Inc. ("Napleton Westmont") is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton and Katherine Napleton are listed as officers for Napleton Westmont. SAS Corporate Services Inc. is the registered agent of Napleton Westmont with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

45.     Napleton Fleet, Inc. is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the

officer for Napleton Fleet. SAS Corporate Services Inc. is the registered agent of Napleton Fleet with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

46.     Augusta Imports, LLC is a Georgia corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for August Imports. James C. Overstreet, Jr. is the registered agent of Augusta Imports with a registered agent address as 1229 Augusta West Parkway, Augusta, GA, 30909.

47.     Macon Imports, LLC is a Georgia corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for Macon Imports. James C. Overstreet, Jr. is the registered agent of Macon Imports with a registered agent address as 7 George C. Wilson Court, Augusta, GA, 30909.

48.     Napleton Brookfield Imports, LLC ("Napleton Brookfield") is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for Napleton Brookfield. Corporation Service Company is the registered agent of Napleton Brookfield with a registered agent address as 33 E. Main St., Suite 610, Madison, WI 53703.

49.     Napleton Carmel Imports ("Carmel Imports") is an Indiana corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for Carmel Imports. Corporation Service Company is the registered agent of Carmel Imports with a registered agent address as 135 North Pennsylvania St, Suite 1610, Indianapolis, IN, 46204.

50.     Napleton Enterprises, LLC is a Florida corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for Napleton Enterprises. SAS Corporate Services Inc. is the registered agent

of Napleton Enterprises with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

51.     Napleton Mid Rivers Imports, Inc., ("Mid Rivers Imports") is an Illinois corporation with its principal place of business as 1 Oakbrook Terrace, Suite 600 Oakbrook Terrace, IL, 60181. Edward F. Napleton is listed as the officer for Mid Rivers Imports. SAS Corporate Services Inc. is the registered agent of Mid Rivers Imports with a registered agent address as 9501 West 144th Place 205 Orland Park, IL 60462.

## III.     JURISDICTION AND VENUE

52.     This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1367, and 31 U.S.C. § 3732, the last of which specifically confers jurisdiction on this Court for actions brought pursuant to 31 U.S.C. §§ 3729 and 3730.

53.     This Court has personal jurisdiction over Defendants pursuant to 31 U.S.C. § 3732(a) because that section authorizes nationwide service of process and because Defendants have minimum contacts with the United States. Moreover, Defendants can be found in and/or transact, or have transacted, business in the Northern District of Illinois.

54.     Venue is proper in the Northern District of Illinois pursuant to 28 U.S.C. §§ 1391(b) and 1395(a) and 31 U.S.C. § 3732(a) because Defendants can be found in and/or transact or have transacted business in this district. At all times relevant to this Complaint, Defendants conducted business within this district.

## IV.     APPLICABLE LAW

### A.     The False Claims Act

55.     The FCA was originally enacted during the Civil War. Congress substantially amended the Act in 1986—and, again, in 2009 and 2010—to enhance the ability of the United

States to recover losses sustained as a result of fraud against it. The Act was amended after Congress found that fraud in federal programs was pervasive and that the Act, which Congress characterized as the primary tool for combating government fraud, needed modernization. Congress intended that the amendments would create incentives for individuals with knowledge of fraud against the Government to disclose the information without fear of reprisals or government inaction, and to encourage the private bar to commit legal resources to prosecuting fraud on the Government's behalf.

56.     The FCA provides, in pertinent part, that any person who:

(a)(1)(A) knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval;

(a)(1)(B) knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim;

* * *

is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 (28 U.S.C. 2461 note; Public Law 104-410), plus 3 times the amount of damages which the Government sustains[.]

31 U.S.C. § 3729(a)(1).

57.     For purposes of the FCA, a person acts "knowingly" if that person: "(i) has actual knowledge of [the falsity of] the information; (ii) acts in deliberate ignorance of the truth or falsity of the information; or (iii) acts in reckless disregard of the truth or falsity of the information." 31 U.S.C. § 3729(b)(1)(A). The FCA does not require proof that a defendant specifically intended to commit fraud. 31 U.S.C. § 3729(b)(1)(B).

58.     Under the implied false certification theory, however, FCA liability can arise where "the defendant submits a claim for payment that makes specific representations about the goods or services provided, but knowingly fails to disclose the defendant's noncompliance with a statutory, regulatory, or contractual requirement." *Universal Health Servs., Inc. v. U.S. ex rel. Escobar*, 136

14

S. Ct. 1989, 2001 (2016). This follows the rule that "half-truths—representations that state the truth only so far as it goes, while omitting critical qualifying information—can be actionable misrepresentations." *Id.* at 2000.

**B.    The Paycheck Protection Program ("PPP")**

59.    The SBA is a cabinet-level agency of the United States headquartered in Washington, D.C. The SBA's mission is to preserve free, competitive enterprise and to maintain and strengthen the overall economy of our nation by assisting in and facilitating the creation and growth of small businesses, a critical component of the country's economic strength and health.

60.    The Coronavirus Aid, Relief, and Economic Security ("CARES") Act is a federal law enacted on March 27, 2020, designed to provide emergency financial assistance to the millions of Americans suffering the economic effects caused by the COVID-19 pandemic. CARES Act, Pub. L. No. 116-136, 134 Stat. 281 (2020).

61.    The CARES Act authorized forgivable loans to small businesses and self-employed individuals for payroll, mortgage interest, rent/lease, utilities, and certain other business-related expenses through the PPP. CARES Act § 1102(b)(1), 134 Stat. at 293.

62.    The PPP was implemented under section 7(a) of the Small Business Act, 15 U.S.C. § 636, and is administered by the SBA. *See* Business Loan Program Temporary Changes; Paycheck Protection Program, 85 Fed. Reg. 20,811 (April 15, 2020).

63.    To obtain a PPP loan, a qualifying business concern would submit a PPP loan application, which was signed by an authorized representative of the business. The PPP loan application required the business (through its authorized representative) to acknowledge the program rules and make certain affirmative certifications to be eligible to obtain the PPP loan.

64.     The PPP section of the CARES Act expanded eligibility for SBA loans beyond limitations of the Small Business Act. 15 U.S.C. §§ 632, 636.

65.     To qualify for a PPP loan, a business concern must have fewer than 500 employees or the applicable size standard established by the SBA—whichever is greater. 15 U.S.C. § 636(a)(36)(D)(i). The size of a business concern is determined under the SBA's size standards as they apply to the "concern whose is at issue and **all of its domestic and foreign affiliates**." 13 C.F.R. § 121.301(f)(6).[2]

66.     The CARES Act required a PPP loan application (SBA Form 2483) to be processed by a participating lender. If a PPP loan application was approved, the participating lender funded the PPP loan using its own monies. While it was the participating lender that issued the PPP loan, the loan was 100% guaranteed by the SBA. 15 U.S.C. § 636(a)(36)(B). Data from the application, including information about the borrower, the total amount of the loan, and the listed number of employees, was transmitted by the lender to the SBA in the course of processing the loan and subsequent forgiveness process.

67.     PPP loan proceeds were required to be used by the business on certain permissible expenses—payroll costs, interest on mortgages, rent, and utilities. The PPP allowed the interest and principal on the PPP loan to be entirely forgiven if the business spent the loan proceeds on these expense items within a designated period of time.

68.     The application process to obtain a PPP loan required the eligible recipient to make, *inter alia*, the following good faith certifications and acknowledgments:

---

[2] On April 10, 2023, the SBA published a revision to 13 C.F.R. § 121.301 with an effective date of May 11, 2023. Unless otherwise indicated, this complaint cites to the version that was in effect when the events alleged herein took place.

a. That the applicant was eligible to receive a PPP loan under the rules in effect at the time the application was submitted (the "PPP Rules");

b. That the uncertainty of current economic conditions made the loan request necessary to support the ongoing operations of the eligible recipient;

c. That the funds would be used to retain workers and maintain payroll; or make payments for mortgage interest, rent, utilities, or other covered costs under the PPP Rules;

d. That if the funds were knowingly used for unauthorized purposes, the federal government may find the individual legally liable for such charges as fraud;

e. That the information provided in the application and the information provided in all supporting documents and forms was true and accurate in all material respects;

f. That the applicant understood that knowingly making a false statement to obtain a guaranteed loan from SBA is punishable under the law, including under 18 U.S.C. §§ 1001 and 3571 by imprisonment of not more than five years and/or a fine of up to $250,000.00; under 15 U.S.C. § 645 by imprisonment of not more than two years and/or a fine of not more than $5,000.00; and, if submitted to a federally insured institution, under 18 U.S.C. § 1014 by imprisonment of not more than thirty years and/or a fine of not more than $1,000,000.00; and

69. PPP loans were issued in multiple rounds. Loans made during the period beginning on March 27, 2020, and ending on the day before December 27, 2020, are considered "First Draw" loans. Loans made after December 27, 2020, are "Second Draw" loans.

70. The SBA paid lenders a processing fee for each PPP loan. For loans of not more than $350,000.00, lenders were paid a processing fee of five percent of the loan amount. For loans

17

between $350,000.00 and $2,000,000.00, lenders were paid a processing fee of three percent of the loan amount. 15 U.S.C. § 636(a)(36)(P)(i).

71.     The PPP provides that up to the full amount of a PPP loan can be forgiven if the PPP funds were spent on eligible purposes over an 8-week to 24-week covered period after the PPP loan is issued. *Id*. § 636m. To obtain forgiveness, the borrower must submit a PPP Loan Forgiveness Application Form 3508S ("SBA Form 3508S"), which requires the borrower to certify compliance with all requirements of the PPP.

72.     SBA Form 3508S requires the borrower to submit supporting documentation to establish that the full amount of the forgiveness request was used on applicable expenses and to certify that all information and documents submitted are accurate and true. After the PPP loan is forgiven, the SBA reimburses the lender for the full amount of the PPP loan plus interest on the loan.

73.     However, even without seeking forgiveness, PPP loans are subsidized through the government by offering very favorable terms. PPP loans have a one percent interest rate, with all payments deferred for at least six months. Loans issued prior to June 5, 2020, have a two-year maturity, while loans issued after June 5, 2020, have a five-year maturity. No collateral or personal guarantees were needed to receive the loans.

74.     In December 2020, the Economic Aid to Hard-Hit Small Business, Nonprofits, and Venues Act modified and extended the PPP. Consolidated Appropriations Act, 2021, Pub. L 116-260, tit. III, sec. 311 (to be codified as amended at 15 U.S.C. § 636(a)(37)).

75.     To be eligible to receive a second draw loan, an entity must employ not more than 300 employees. 15 U.S.C. § 636(a)(37)(A)(iv).

76. The Second Draw of the PPP does not allow for any additional size standards by which an entity can be eligible to receive a loan and requires that the eligibility standard must be met by the applicant together with its affiliates.

77. To receive a Second Draw Loan, an applicant must submit SBA Form 2483-SD, Second Draw Borrower Application Form. Applicants must indicate if the Applicant or any of the Applicant's owners have common management with or own another business.

78. The authorized representative of the Applicant must certify that the applicant is eligible to receive a Second Draw Loan and that together with its affiliates, the Applicant employs no more than 300 employees.

79. The SBA adjusted the fees to be paid to lenders for the processing of Second Draw PPP Loans to the following amounts:

    a. For a Second Draw PPP Loan of up to $50,000.00, the lesser of:

        i. 50 percent of the balance of the loan; or

        ii. $2,500.00; and

    b. For a Second Draw PPP Loan of more than $50,000.00:

        i. 5 percent for loans up to $350,000.00; and

        ii. 3 percent for loans above $350,000.00.

SBA Interim Final Rule, "Business Loan Program Temporary Changes; Paycheck Protection Program Second Draw Loans" 86 Fed. Reg. 3,712, 3,721-22) Jan. 14, 2021 (to be codified at 13 C.F.R. §§ 120-121).

80. SBA Form 2483, which all applicants must submit to be considered for a PPP loan, requires an indication of Yes or No to the questions: "Is the Applicant or any owner of the Applicant an owner of any other business, or have common management with, any other business?

If yes, list all such businesses and describe the relationship on a separate sheet identified as addendum A." SBA Form 2483, "Paycheck Protection Program Borrower Application Form" (April 2020).

81.     Additionally, "[b]usinesses that are not eligible for PPP loans are identified in 13 C.F.R. § 120.110 and described further in SBA's Standard Operating Procedure (SOP) 50 10, Subpart B, Chapter 2, except that nonprofit organizations authorized under the Act are eligible." 85 FR 20811-01.

82.     13 C.F.R. § 120.110(n) states that a business is ineligible if "an Associate" of the business "is under indictment for a felony or any crime involving or relating to financial misconduct or a false statement."

83.     The term "Associate" is defined as:

> (i) An officer director, owner of more than 20 percent of the equity, or key employee…;
> (ii) Any entity in which one or more individuals referred to in paragraphs (2)(i) of this definition owns or controls at least 20 percent; and
> (iii) Any individual or entity in control of or controlled by the small business…

13 C.F.R § 109.20(2).

84.     Likewise, the SBA's Standard Operating Procedure ("SOP") states that "[t]he Agency cannot provide financial assistance to businesses with Associates who are … [c]urrently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are brought in any jurisdiction." SOP 50 10 5(K), Subpart B, Chapter 2, Section (III)(13).

85.     And further, "[t]he Agency requires that every proprietor, general partner, officer, director, managing member of a limited liability company (LLC), owner of 20% or more of the

20

equity of the Applicant, Trustor (if the Applicant is owned by a trust), and any person hired by the Applicant to manage day-to-day operations ("Subject Individual") must be of good character." *Id.*

86.     Further, for Second Draw loans, the statute explicitly incorporates this regulation by defining the term "eligible entity" to exclude "any entity that is a type of business concern … described in 13 CFR 120.110 … other than a business concern described in subsection (a) or (k) of such section."

87.     Further, the SBA considers "stock options, convertible securities, and agreements to merge (including agreements in principle) to have a present effect on the ownership of the entity. SBA treats such options, convertible securities, and agreements as though the rights granted have been exercised." 13 C.F.R. § 120.301(f)(2)(i).

## V.     FACTUAL ALLEGATIONS

88.     Napleton Auto Group is very much a family business. Founded in 1931 by Edward W. Napleton. The current president is the founder's grandson, Ed Napleton. Several family members continue to hold leadership positions throughout the company, including Ed Napleton's wife, Katherine, as well as his son, Eddie Napleton.

89.     In 2020, Napleton Auto Group was the thirteenth largest auto dealership group in the country with dozens of dealership locations at the time and $3.3 billion in combined annual revenue.[3] Napleton Auto Group has only continued to grow since then.

90.     Napleton Auto Group claims to employ over 3,500 people across eight states.

---

[3] https://s3-prod.autonews.com/2021-12/2020-Top-150-Dealership-Groups.pdf

91.     Upon information and belief, Napleton Auto Group owns and directly controls each of the other Corporate Defendants and those Corporate Defendants are direct subsidiaries of Napleton Auto Group ("Subsidiary Defendants").

92.     In February 2019, the State of Florida charged Eddie Napleton with felony sexual battery on a helpless person, per Florida State Statute 794.011(4)(b). *See State of Florida v. Edward W. Napleton*, Case No. 50-2019-CF-000941 (15th Judicial Circuit). The Palm Beach County prosecutors alleged that during a Napleton Auto Group conference in August 2018, Eddie Napleton let himself into the hotel room of a female employee and raped her while she was unconscious. **Exhibit A – Arrest and Charging Affidavit for Eddie Napleton.**

93.     This felony charge remained pending until Eddie Napleton pleaded guilty to felony sexual battery in October 2021 as part of a "best interest" plea. These charges remained pending while the Corporate Defendants applied for and received all of the PPP Loans. Eddie Napleton was sentenced to five years' probation.

94.     In 2021, the president of Napleton Auto Group, Defendant Ed Napleton, and the COO, Defendant Bruce Etheridge, each filed an affidavit in a warranty fraud case brought by Hyundai Motor America Corporation against Eddie Napleton and several others.

95.     In those affidavits, Ed Napleton and Bruce Etheridge each attested that Napleton Auto Group employs over 3,000 people and that they are both responsible for "operations and performance on a national scale." **Exhibit B – Affidavit of Ed Napleton; Exhibit C – Affidavit of Bruce Etheridge**

96.     In addition to being Director of Operations for Napleton Auto Group on a national scale, Eddie Napleton testified during a deposition taken on February 17, 2020, that he was tasked

with directly overseeing the performance of all of the Napleton dealerships in Florida. **Exhibit D – Deposition Transcript Excerpt of Eddie Napleton; General Motors Litigation, 11:19-22**

97.     Starting in 2018, Eddie Napleton was put in charge of overseeing the dealerships on a national scale. **Exhibit E – Deposition Transcript Excerpt Eddie Napleton; Hyundai Litigation, 32:10-25.**

98.     As national director for the dealerships, Eddie Napleton was responsible for managing the day-to-day operations of all Subsidiary Defendants. This included setting monthly and annual objectives for each store, generating daily and weekly performance reports, meeting with store managers, disciplining misconduct, hiring and firing, creating and implementing strategies to increase profitability, etc. **Exhibit E.**

99.     Eddie Napleton's compensation as national director is directly linked to the performance and profitability of the Subsidiary Defendants as he earns 3.75% of the dealership's net profits for the year. **Exhibit E**. 50:1-13.

100.    In his role as national director and in managing the operations of each dealership, Eddie Napleton is an associate of each Subsidiary Defendant.

101.    The exact equity allocation and ownership structure of each Corporate Defendant is not known to Relator and that information is in the exclusive control of the Defendants.

102.    Napleton Auto Group is majority owned by two trusts, of which Eddie Napleton is a beneficiary. Further, Eddie Napleton directly owns 9% equity in the related, non-party entity Napleton Management Company, LLC. **Exhibit F – Amended Service Agreement**, at page 19

103.    Relator has learned that at least one of the Corporate Defendants, EFN West Palm, is also majority owned (97.5%) by those same two trusts. **Exhibit F**, at page 18.

104. In a filing with the D.C. Circuit, Defendant Napleton 1050 identified NAG as its "parent company" and the Court there found that "[NAG] owns at least fourteen vehicle dealerships in Illinois and neighboring states." *Napleton 1050, Inc. v. Nat'l Lab. Rels. Bd.*, 976 F.3d 30, 34 (D.C. Cir. 2020).

105. Upon information and belief, NAG is the majority owner of each of the Subsidiary Defendants, either directly or indirectly through the family trusts.

106. Upon information and belief, between his direct equity ownership and as a beneficiary of the trusts, Eddie Napleton owns at least 20% of each of the Subsidiary Defendants.

107. Between April 6, 2020, and September 9, 2020, the Corporate Defendants applied for and were approved for thirty-eight separate First Draw PPP Loans totaling $35,124,098. Defendants received full forgiveness on all thirty-eight of the First Draw Loans, totaling $$35,153,059.

108. The First Draw PPP Loans are as follows:

| Entity Name | State | Loan # | Approval Date | Amount | Forgiven Amount | Forgive Date |
|---|---|---|---|---|---|---|
| Augusta Imports, LLC | GA | 2542277303 | 4/29/2020 | $401,512 | $412,754 | 2/16/2023 |
| Clermont Motors, LLC | FL | 2709097104 | 4/11/2020 | $1,033,255 | $1,056,882 | 8/2/2022 |
| Ed Napleton Calumet City Imports, Inc. | IL | 5931457001 | 4/6/2020 | $915,710 | $936,709 | 8/2/2022 |
| Ed Napleton Elmhurst Imports, INC | IL | 9956197000 | 4/20/2020 | $1,415,837 | $1,448,328 | 8/2/2022 |
| Ed Napleton Oak Lawn Imports, Inc | IL | 4729047205 | 4/27/2020 | $1,011,290 | $844,386 | 9/20/2024 |
| Ed Napleton St. Louis Imports, Inc. | MO | 3975347104 | 4/12/2020 | $1,056,562 | $1,081,010 | 8/3/2022 |
| Ed Napleton Westmont Imports, Inc. | IL | 1849677109 | 4/10/2020 | $1,145,200 | $1,166,629 | 3/2/2022 |

24

| | | | | | | |
|---|---|---|---|---|---|---|
| EFN West Palm Motor Sales, LLC | FL | 7403677101 | 4/14/2020 | $1,177,870 | $1,205,086 | 8/2/2022 |
| Macon Imports, LLC | GA | 1588977106 | 4/10/2020 | $255,782 | $258,748 | 6/11/2021 |
| Napleton Aurora Imports, Inc. | IL | 4753577200 | 4/27/2020 | $1,165,378 | $973,686 | 9/20/2024 |
| Napleton Automotive of Urbana, LLC | IL | 1965797107 | 4/10/2020 | $892,000 | $912,430 | 8/2/2022 |
| Napleton Bluemound Imports, LLC | WI | 8872197009 | 4/9/2020 | $1,541,168 | $1,577,000 | 8/2/2022 |
| Napleton Brookfield Imports, LLC | IL | 8871237006 | 4/9/2020 | $1,572,450 | $1,583,020 | 12/15/2020 |
| Napleton Carmel Imports | IN | 9932877009 | 4/9/2020 | $356,097 | $364,269 | 8/2/2022 |
| Napleton Carmel Motors, LLC | IN | 1292227105 | 4/10/2020 | $750,280 | $768,110 | 9/1/2022 |
| Napleton Enterprises, LLC | FL | 3985427108 | 4/12/2020 | $1,314,743 | $1,345,128 | 8/2/2022 |
| Napleton Fishers Imports, LLC | IN | 1048467105 | 4/9/2020 | $471,902 | $482,731 | 8/2/2022 |
| Napleton Fleet, Inc. | IL | 1626717100 | 4/10/2020 | $188,550 | 196880.45 | 9/20/2024 |
| Napleton Hazelwood Imports, Inc | MO | 5328627108 | 4/13/2020 | $776,972 | $794,907 | 8/2/2022 |
| Napleton Italian Imports, LLC | IN | 4531017103 | 4/13/2020 | $173,430 | $175,649 | 7/28/2021 |
| Napleton Mid Rivers Imports, Inc. | IL | 2980227103 | 4/11/2020 | $648,310 | $663,194 | 8/2/2022 |
| Napleton Orlando Imports, LLC | FL | 7125817301 | 4/30/2020 | $542,897 | $546,124 | 12/9/2020 |
| Napleton Rochester Imports, LLC | MN | 3614237100 | 4/11/2020 | $346,108 | $354,107 | 8/2/2022 |
| Napleton Sanford Imports, LLC | FL | 7244297303 | 4/30/2020 | $539,752 | $450,671 | 9/20/2024 |
| Napleton St. Louis Imports, LLC | MO | 1107367100 | 4/9/2020 | $581,315 | $588,737 | 7/26/2021 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Napleton Twin Cities Imports, LLC | MN | 3673067108 | 4/11/2020 | $3,369,123 | $3,446,987 | 8/2/2022 |
| Napleton Urbana Imports, LLC | IL | 1073877101 | 9/9/2020 | $735,500 | $740,497 | 12/22/2020 |
| Napleton Wayzata Motors, LLC | MN | 4790527108 | 4/13/2020 | $1,306,930 | $1,337,135 | 8/2/2022 |
| Napleton Wyoming Valley Imports, LLC | PA | 1066857108 | 4/9/2020 | $1,249,060 | $1,277,622 | 8/2/2022 |
| Napleton's Arlington Heights Motors, Inc | IL | 1394347107 | 4/10/2020 | $1,575,815 | $1,611,977 | 8/2/2022 |
| Napleton's Ellwood Motors, Inc | PA | 7193647202 | 4/28/2020 | $433,585 | $452,698 | 9/24/2024 |
| Napleton's Goldcoast Imports, Inc | IL | 4570167203 | 4/27/2020 | $447,580 | $373,968 | 9/20/2024 |
| Napleton's Mid Rivers Motors, Inc. | MO | 5256367102 | 4/13/2020 | $910,642 | $931,688 | 8/2/2022 |
| Napleton's North Palm Auto Park, Inc. | FL | 3963047100 | 4/12/2020 | $1,689,496 | $1,728,539 | 8/28/2022 |
| Napleton's Palm Beach Imports, LLC | FL | 9951027007 | 4/9/2020 | $763,077 | $780,588 | 8/2/2022 |
| Napleton's River Oaks Motors, Inc. | IL | 5775607006 | 4/6/2020 | $1,015,248 | $1,038,529 | 8/2/2022 |
| North Palm Hyundai, LLC | FL | 4009997101 | 4/12/2020 | $613,282 | $627,396 | 8/2/2022 |
| North Palm Motors, LLC | FL | 7302157306 | 4/30/2020 | $740,390 | $618,260 | 9/20/2024 |

109.     Additionally, between February 2, 2021, and April 28, 2021, two Corporate Defendants also applied for and received Second Draw PPP Loans totaling $$963,790. Both of the Second Draw PPP Loans were forgiven for a total of $973,656.

110.     The Second Draw PPP Loans are as follows:

| Entity Name | State | Loan # | Approval Date | Amount | Forgiven Amount | Forgive Date |
|---|---|---|---|---|---|---|
| Macon Imports, LLC | GA | 3965758907 | 4/28/2021 | $ 282,960 | $ 287,115 | 11/2/2022 |
| Napleton Urbana Imports, LLC | IL | 1909818407 | 2/2/2021 | $ 680,830 | $ 686,541 | 12/6/2021 |

111.    Between the First and Second Draw Loans, the Corporate Defendants were approved for forty PPP loans, totaling $36,087,888 and received at least $36,126,715 in forgiveness for those loans.

112.    Based on the size of each of the loans, it is believed that the third-party lenders received $1,107,573.24 in processing fees from the Government.

113.    Napleton Auto Group directly employs and pays the salary of management positions at each of its dealership locations. The Individual Defendants hold leadership positions throughout Napleton Auto Group, including President, COO, and Director of Operations. The Individual Defendants directly control each of the Corporate Defendants, as well as several other affiliated entities.

## VI.    CAUSES OF ACTION

### COUNT I
**Violation of the False Claims Act 31 U.S.C. 3729(a)(1)(A)**
*Against all Defendants*

114.    Relator incorporates by reference paragraphs 1-113 as if each paragraph was set forth again at length here, sentence for sentence and word for word.

115.    This is a claim for treble damages and penalties under the False Claims Act, 31 U.S.C. § 3729. *et seq.* ("Act")*,* as amended.

116.    Defendants knowingly and intentionally submitted, or caused to be presented, claims for payment where said claims contained materially false statements and misrepresentation.

117.    By virtue of the acts described above, Defendants knowingly presented or caused to be presented, false or fraudulent claims to the United States for payment or approval.

118.    Specifically, each of the Corporate Defendants knowingly submitted false or fraudulent applications for a federally guaranteed PPP loan that they were not entitled to and subsequently submitted a false or fraudulent applications for PPP loan forgiveness of most of those loans.

119.    The Corporate Defendants, aided by and under the direct control of the Individual Defendants, applied for and received forty PPP loans and each certified that none of the entity's Associates had pending felony charges when applying for the loans. In fact, Eddie Napleton had been charged with felony sexual battery on a helpless person in 2019 and those charges remained pending until he pleaded guilty to felony sexual battery in October 2021. Eddie Napleton is an officer, director, and manager of Napleton Auto Group, overseeing each of the Corporate Defendants. Upon information and belief, Eddie Napleton also owns at least 20 percent of many, if not all, of the Corporate Defendants.

120.    Therefore, none of the Corporate Defendants qualified to receive any of the PPP loans.

121.    All of the Corporate Defendants share common operational control through Napleton Auto Group under the Individual Defendants' direct management—most prominently, Ed Napleton, Eddie Napleton, and Bruce Etheridge.

122.    Likewise, Napleton Auto Group is the common parent and owner of all of the other Corporate Defendants.

123.    The Government, unaware of the falsity of the records, statements, and claims made or caused to be made by Defendants, guaranteed the forty loans, subsidized the loan terms, paid

the processing/approval fees to the private, non-party lenders, and paid the full forgiveness amounts. But for Defendant's submissions of false claims, the SBA would not have guaranteed any loans, paid any processing fees, nor paid any forgiveness.

124. By reason of the Defendants' acts, the United States has been damaged, in a substantial amount to be determined at trial.

125. As such, Defendants submitted false claims and violated the False Claims Act of the United States and are liable for trebled damages and all penalties and fines set forth in those acts, as well as all other applicable relief.

## **COUNT II**

False Statements Material to False Claims
31 U.S.C. § 3729(a)(1)(B) against all Defendants

126. Relator incorporates by reference paragraphs 1-113 as if each paragraph was set forth again at length here, sentence for sentence and word for word.

127. This is a claim for treble damages and penalties under the FCA, 31 U.S.C. §§ 3729–3733, as amended.

128. Defendants knowingly caused to be made or used at least eighty false records or statements material to a false or fraudulent claim, in violation of the FCA, 31 U.S.C. § 3729(a)(1)(B). Defendants signed or caused to be signed the PPP loan application agreements for forty PPP Loans. However, each of these applications contained materially false statements because the Corporate Defendants did not qualify under the applicable rules, because an officer and owner of Napleton Auto Group, Eddie Napleton, had pending felony charges.

129. Also, while seeking forgiveness for these loans, Defendants knowingly and falsely stated that they had complied with all requirements in the PPP Rules. In reliance on Defendants'

false statements, the SBA approved the Corporate Defendants' forgiveness applications and transmitted a total of at least $36,126,715 to the lenders that processed the loans.

130.     Further, Defendants' false submissions caused the Government to pay non-party lenders approximately $1,107,573.24 in processing fees.

131.     Because of Defendants' acts, the United States suffered damages, and therefore is entitled to treble damages under the FCA, as well as civil penalties for each of the false claims submitted to the SBA.

<u>**COUNT III**</u>

Conspiracy to Submit False Claims
31 U.S.C. § 3729(a)(1)(C) against all Defendants

132.     Relator incorporates by reference paragraphs 1-113 as if each paragraph was set forth again at length here, sentence for sentence and word for word.

133.     This is a claim for treble damages and penalties under the FCA, 31 U.S.C. §§ 3729–3733, as amended. Under § 3729(a)(1)(C), FCA liability attaches for any person who "conspires to commit a violation of subparagraph (A), (B), (D), (E), (F), or (G)."

134.     Here, Defendants all conspired to violate subsections (A) and (B), as described above. The Individual Defendants directed and knowingly allowed direction to be given to the Corporate Defendants to each apply for PPP Loans and falsely certified that they qualified under the program rules.

135.     Knowing that they could not seek one large loan through Napleton Auto Group for all of the dealerships combined, Individual Defendants conspired for each of the Corporate Defendants to apply for and receive PPP Loans in their names.

136.     Upon information and belief, the Individual Defendants were aided by and conspired with other individuals unknown at this time.

137.     Because of Defendants' acts, the United States suffered damages, and therefore is entitled to treble damages under the FCA, as well as civil penalties for each instance of an FCA violation.

## PRAYER FOR RELIEF

**WHEREFORE** for the reasons discussed, Relator requests this Honorable Court enter judgment in his favor, and in favor of the United States of America, against Defendants for compensatory and non-compensatory damages, in addition to treble damages, fines for each false claim submitted, and other damages as provided for under the FCA, plus costs, interest, and attorney fees as provided for under the FCA, in addition to the other relief this Court deems just and equitable.

Respectfully submitted,

By */s/ Samuel R. Simkins*
One of Their Attorneys

Shereef H. Akeel (admitted *pro hac vice*)
Samuel R. Simkins (admitted *pro hac vice*)
**AKEEL & VALENTINE, PLC**
888 W. Big Beaver Road 420,
Troy, Michigan 48084
shereef@akeelvalentine.com
sam@akeelvalentine.com

David J. Chizewer
Joseph L. Hoolihan
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
david.chizewer@goldbergkohn.com
joseph.hoolihan@goldbergkohn.com

Dated: May 23, 2025

31

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Relator demands trial by jury as to all issues triable.

Respectfully submitted,

By */s/  Samuel R. Simkins*
One of Their Attorneys

Shereef H. Akeel (admitted *pro hac vice*)
Samuel R. Simkins (admitted *pro hac vice*)
**AKEEL & VALENTINE, PLC**
888 W. Big Beaver Road 420,
Troy, Michigan 48084
shereef@akeelvalentine.com
sam@akeelvalentine.com

David J. Chizewer
Joseph L. Hoolihan
GOLDBERG KOHN LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000
david.chizewer@goldbergkohn.com
joseph.hoolihan@goldbergkohn.com

Dated: May 23, 2025

33