# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Akeel & Valentine, PLC
Plaintiff(s),

v.

Edward F. Napleton, et al.
Defendant(s).

Case No. 1:24-cv-00047
Judge Sunil R. Harjani

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

☒ other: Per the Court's order [64], Plaintiff has not filed an amended complaint by 11/11/2025, and as previously ordered, the dismissal in this case is converted to a dismissal with prejudice. Civil case terminated.

This action was *(check one)*:

X   decided by Judge Harjani.

Date: 11/13/2025

Thomas G. Bruton, Clerk of Court

Lynette Santiago, Deputy Clerk